## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Michael P. Dolbec,<br><br>       Debtor. | Case No.:  25-30154<br><br>Chapter 7 |
| Northwoods Lumber Company,<br><br>       Plaintiff,<br><br>  vs.<br><br>Michael P. Dolbec,<br><br>       Defendant. | Adversary No.: |

## COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT

Northwoods Lumber Company ("Plaintiff"), by and through its legal counsel, as and for its complaint against Michael P. Dolbec ("Defendant"), states and alleges as follows:

Parties

1. Plaintiff is a corporation organized under the laws of the State of Minnesota. Plaintiff's principal place of business is located at 25778 Highway 71 NE, Blackduck, MN 56630.

2. Defendant is an individual and upon information and belief, he is a resident of Turtle Lake, ND and his address is PO Box 312 Turtle Lake, ND 58575.

3. Defendant is or was the principal shareholder and managing officer of Windsong Contracting, LLC ("Windsong").

Jurisdiction and Venue

4.  This Court has subject matter jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334 The claims asserted herein arise under the Bankruptcy Code and are related to the above-captioned bankruptcy case.

5.  This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b).

6.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

General Allegations

7.  Plaintiff is in the business of supplying lumber and other building materials to contractors and individuals for construction projects.

8.  At all relevant times, Defendant and Windsong were in the business of constructing residential homes in the State of North Dakota.

9.  Defendant requested and Plaintiff agreed to extend credit to Defendant to finance the purchase of specific lumber materials and delivery services for Defendant's construction projects.

10. Plaintiff provided materials, on credit, worth $171,113.99.

11. Plaintiff and Defendant are parties to *Northwoods Lumber Company v. Windsong Contracting LLC and Michael Dolbec,* Case No. 53-2023-CV-00752 (the "Lawsuit").

12. The parties settled the Lawsuit by executing a stipulation dated April 26, 2024 (the "Stipulation"). Plaintiff was entitled to receive a settlement payment in the amount of $82,500 (the "Settlement Payment"). The parties further stipulated that the Settlement Payment would be non-dischargeable in bankruptcy under 11

2

U.S.C.§ 523(a). In reliance upon the Stipulation, Plaintiff agreed to dismiss the

Lawsuit, its Defendant and Windsong.

## COUNT I: DECLARATORY JUDGMENT

13. Plaintiff restates allegations 1-12 above.

14. Pursuant to Federal Rule of Bankruptcy Procedure 7001, Plaintiff moves for declaratory judgment that the Settlement Payment is a non-dischargeable debt in accordance with the terms of the Stipulation.

## COUNT II: FALSE REPRESENTATION RE FINANCIAL CONDITION

15. Plaintiff restates allegations 1-12 above.

16. Plaintiff extended credit in the amount of $171,113.99 to Defendant based upon false representations about his financial condition and ability to repay such debt.

17. Pursuant to 11 USC 523(a)(2), Plaintiff is entitled to a determination that its debt is non-dischargeable.

## COUNT III: WILLFUL INJURY

18. Plaintiff restates allegations 1-12 above.

19. Defendant, as the principal shareholder and managing officer of Windsong, willfully injured Plaintiff in the amount of $171,113.99. Pursuant to 11 USC 523(a)(6), Plaintiff is entitled to a determination that its debt is non-dischargeable.

WHEREFORE, Plaintiff prays for:

1. A declaratory judgment stating that the Settlement Payment due to Plaintiff is non-dischargeable; or

2. In the alternative, for declaratory judgment that Plaintiff's claim in the amount of $171,113.99 is non-dischargeable 11 USC 523(a)(2) and/or (6); and

3. For Plaintiff's costs and disbursements and such other relief as the court shall find just and equitable.


Dated: July 18, 2025.


**VOGEL LAW FIRM**


BY:*/s/ Kesha L. Tanabe*
      Collin Poolman
      Kesha L. Tanabe (#0387250)
      ktanabe@vogellaw.com
      218 NP Avenue
      PO Box 1389
      Fargo, ND  58107-1389
      701.237.6983
      ATTORNEYS FOR NORTHWOODS
      LUMBER COMPANY