B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of North Dakota

In re  Michael P. Dolbec                                    Case No.  25-30154
                        Debtor(s)                           Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)*

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**
   - For legal services, I have agreed to accept ................................................ $ _____
   - Prior to the filing of this statement I have received ..................................... $ _____
   - Balance Due ................................................................................................. $ _____

   ☒ **RETAINER**
   - For legal services, I have agreed to accept and received a retainer of .......... $   5,000.00
   - The undersigned shall bill against the retainer at an hourly rate of .............. $     400.00

2. The source of the compensation paid to me was:
   ☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:
   ☒ Debtor    ☐ Other (specify):

4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render the following legal service :

   Representation of the debtor in the matters of *Beacon Sales Acquisitions, Inc. v. Dolbec*, Case No. 23-30152 (Bankr. D.N.D. 2025) and *Northwoods Lumber Company v. Dolbec*, Case No. 25-30154 (Bankr. D.N.D. 2025).

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   Representation of the debtor in any other capacity or in any other matters (including in the main bankruptcy case, where Mr. Dolbec is represented by separate counsel).

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 17, 2025                             /s/ Maurice VerStandig
*Date*                                      Maurice VerStandig
                                            *Signature of Attorney*
                                            The Dakota Bankruptcy Firm
                                            1630 1st Avenue N
                                            Suite B PMB 24
                                            Fargo, North Dakota 58102-4246
                                            mac@dakotabankruptcy.com

                                            *Name of law firm*

---

*This form has been modified to delete language indicating fees and expenses will be subject to court approval and to delete language indicating representation will be in connection with "all aspects" of the bankruptcy case. Inapplicable check boxes have also been removed.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy