**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30154 |
| | ) | Chapter 7 |
| Michael P. Dolbec, | ) | |
| | ) | **MOTION TO EXTEND TIME TO** |
| Debtor. | ) | **OBJECT TO DEBTOR'S DISCHARGE** |
| | ) | **WITH NOTICE** |

Gene W. Doeling, the bankruptcy trustee, respectfully requests that the Court issue an order extending the deadline for the trustee to object to the debtor's discharge. The debtor has not yet provided the trustee with a copy of his 2024 tax returns, and the trustee has not yet concluded the creditor's meeting in this case. The debtor's discharge should be delayed until the 2024 tax returns have been received, the creditor's meeting has been concluded, and the trustee has had sufficient time to investigate the debtor's financial affairs.

The existing deadline to object to discharge is September 16, 2025 and the trustee respectfully requests that the Court extend the deadline approximately 60 days to November 17, 2025.

**NOTICE OF MOTION:** You are hereby notified that the Bankruptcy Trustee has made a Motion to Extend the Deadline to Object to Debtor's Discharge. Any objection to that motion must be filed with the Clerk of Bankruptcy Court and served upon the Bankruptcy Trustee not later than fourteen days from this date. If you fail to object within this time frame, the Court may assume that you do not oppose this Motion and will act on it accordingly.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 300 S. 4th Street | (See |
| 655 First Ave. N. – Suite 210 | Suite 1015 | address |
| Fargo, ND 58107-4932 | Minneapolis, MN  55415 | below) |

DATED:  September 5, 2025          /s/ Gene W. Doeling
                                                        Gene W. Doeling
                                                        Bankruptcy Trustee
                                                        P.O. Box 9231
                                                        Fargo, ND 58106-9231
                                                        (701) 232-8757

**VERIFICATION**

I, Gene W. Doeling, the bankruptcy trustee for the Michael Dolbec bankruptcy, under the laws of the United States state that the foregoing is true and correct according to the best of my knowledge.

Dated this 5th day of September, 2025.

/s/ Gene W. Doeling
Gene W. Doeling

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | Bky. Case No.: 25-30154 |
| ) | Chapter 7 |
| Michael P. Dolbec, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Debtor. ) | |
| ) | |

    Gene W. Doeling of Fargo, ND, swears that on September 5, 2025, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

## MOTION TO EXTEND TIME TO OBJECT TO DEBTOR'S DISCHARGE
## WITH NOTICE

to the parties listed below:

Michael P. Dolbec
PO Box 312
Turtle Lake, ND  58575-0312

Sara E. Diaz, on behalf of the debtor, sara@bulielaw.com

U.S. Trustee, USTPRegion12.SX.ECF@usdoj.gov


                                              /s/  Gene W. Doeling
                                                 Gene W. Doeling