**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30154 |
| | ) | Chapter 7 |
| Michael P. Dolbec, | ) | |
| | ) | **AMENDED** |
| Debtor. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |

Gene W. Doeling of Fargo, ND, swears that on September 5, 2025, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

**MOTION TO EXTEND TIME TO OBJECT TO DEBTOR'S DISCHARGE WITH NOTICE**

to the parties listed below:

Michael P. Dolbec
503 Greenfield Ln
Bismarck, ND  58503

Sara E. Diaz, on behalf of the debtor, sara@bulielaw.com

U.S. Trustee, USTPRegion12.SX.ECF@usdoj.gov

/s/  Gene W. Doeling
Gene W. Doeling