## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30154 |
| | ) | Chapter 7 |
| Michael P. Dolbec, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Gene W. Doeling as Bankruptcy Trustee, | ) | **COMPLAINT** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Keller Supply Company | ) | |
| | ) | |
| Defendant. | ) | Adversary No. 25-_____ |
| _____ | ) | |

Gene W. Doeling, as bankruptcy trustee, by and through his attorney, for his cause of action against the Defendant, Keller Supply Company, alleges as follows:

1. This is an adversary proceeding brought pursuant to Bankruptcy Rule 7001 and § 547 of Title 11 of the United States Code.

2. Jurisdiction of this Court is based on 28 U.S.C. § 1334 in that it arises under Title 11 of the United States Code and constitutes a core proceeding as defined in Title 28 U.S.C. § 157(b)(2)(H).

3. On April 18, 2025, the debtor, Michael Dolbec, filed a Chapter 7 bankruptcy petition in the District of North Dakota. Gene Doeling is the duly appointed and acting trustee.

4. The Defendant, Keller Supply Company (hereinafter "Keller Supply"), is a corporation organized under the laws of Washington with a business location in North Dakota at the address of 5056 141st Avenue NW, Williston, ND 58801.

5. Defendant Keller Supply obtained a judgment against the debtor in Williams County, North Dakota, court file 53-2024-CV-01984 for the amount of $51,174.59.

6. On or about January 21, 2025, the Defendant, through a sheriff's levy issued in the Williams County case, levied on the Debtor's personal Gate City Bank account 1401, receiving $53,975.97 towards an antecedent debt owed by the Debtor before this transfer was made.

7. The Debtor was insolvent during all times relative to this transaction or became insolvent.

8. The payment was made to the creditor within 90 days prior to the date of the filing of the bankruptcy petition.

9. The payment allows this creditor to receive more than such creditor would receive in a case under Chapter 7 of this title, had the transfer not been made, and the creditor received payment on such debt to the extent provided by the provisions of this title.

### COUNT I — PREFERENCE, 11 U.S.C. § 547

10. The Plaintiff realleges paragraphs 1-9.

11. The Defendant received a transfer of $53,975.97 from the Debtor for its benefit, on account of an antecedent debt owed by the Debtor, made while the Debtor was insolvent, made within 90 days of the bankruptcy petition filing, that enabled the Defendant/creditor to receive more than it would have received had the transfer not been made and the Defendant/creditor had received payment as contemplated by the Bankruptcy Code. The Bankruptcy Trustee/Plaintiff is authorized to collect this transfer from the recipient/beneficiary.

WHEREFORE, Plaintiff respectfully requests that the Court enter a monetary judgment in favor of the Plaintiff against the Defendant in the amount of $53,975.97 and the Plaintiff be awarded his costs and disbursements of this action.

- 3 -

Dated:  October 23, 2025                              */s/ Gene W. Doeling*
                                                                Gene W. Doeling (05078)
KD LAW, PLLP
Attorneys for Plaintiff
PO Box 9231
Fargo, ND  58106-9231
(701) 232-8757