# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30154 |
| | ) | Chapter 7 |
| Michael P. Dolbec, | ) | |
| | ) | **NOTICE OF MOTION AND** |
| Debtor. | ) | **MOTION FOR TURNOVER** |
| | ) | |

Gene W. Doeling, attorney representing the bankruptcy trustee in this case, respectfully requests that the Court issue an order, ordering the debtor to forthwith turnover to the bankruptcy trustee documentation and information previously requested by the trustee. This motion is made pursuant to 11 U.S.C. § 542 and Bankruptcy Rule 9014.

The debtor filed a Chapter 7 bankruptcy petition on April 18, 2025. Following the debtor's continued 341 meeting held on October 17, the trustee requested further documentation be provided. This included the following:

A. Copies of the 2023 and 2024 personal tax returns as soon as they have been completed as well as 2023 and 2024 business tax returns.

B. Pictures of the Arctic Cat 4-wheeler including the plow.

C. Copies of W-2s issued by debtor's business Windsong Contracting to Julie Dolbec.

D. Mailing address, email address, and phone number for debtor's landlord Mark Luna.

E. Copies of the emails or other documentation between Brunswick Corp. and its employees or representative and the debtor in 2024 and 2025 regarding discussions, agreements, or other business arrangements.

To date, the trustee has not received any of the documentation or information requested. Thus, the trustee requests turnover of same.

THEREFORE, the bankruptcy trustee respectfully requests that the Court issue an order for the debtor to immediately turn over to the bankruptcy trustee the above-referenced documentation and information, items A-E.

**NOTICE OF MOTION:** Your rights may be affected in this action.  You should read these papers carefully and discuss the matters with your attorney if you have one.  Any objections to this motion must be made within 14 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below.  Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 300 S. 4th Street | (See |
| 655 First Ave. N. – Suite 210 | Suite 1015 | address |
| Fargo, ND 58107-4932 | Minneapolis, MN  55415 | below) |

DATED:  November 3, 2025

/s/  Gene W. Doeling  _____
Gene W. Doeling (05078)
KD LAW, PLLP
Attorney for Trustee
PO Box 9231
Fargo, ND  58106-9231
(701) 232-8757

## **VERIFICATION**

I, Gene W. Doeling, under the laws of the United States state that the foregoing is true and correct according to the best of my knowledge.

Dated this 3rd day of November, 2025.

/s/ Gene W. Doeling  _____
Gene W. Doeling

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30154 |
| | ) | Chapter 7 |
| Michael P. Dolbec, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Debtor. | ) | |
| | ) | |

      Gene W. Doeling of Fargo, ND, swears that on November 3, 2025, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

**NOTICE OF MOTION AND MOTION FOR TURNOVER**

to the parties listed below:

Michael P. Dolbec
503 Greenfield Ln.
Bismarck, ND  58503

Sara E. Diaz, on behalf of the debtor, sara@bulielaw.com

U.S. Trustee, USTPRegion12.SX.ECF@usdoj.gov

                    /s/  Gene W. Doeling
                    Gene W. Doeling