**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

IN RE: MICHAEL P. DOLBEC, DEBTOR
CHAPTER 7 BANKRUPTCY CASE NO.  25-30154

**MOTION FOR SUBSTITUTION OF ATTORNEY**

Pursuant to Local Bankruptcy Rule 9010-2 and Rule 1.3(F), D.N.D. Gen.L.R., Debtor hereby moves the Court for an Order allowing the substitution of Maurice B. VerStandig of The Dakota Bankruptcy Firm, in place of Sara E. Diaz of Bulie Diaz Law Office as Debtors' counsel in the above-captioned bankruptcy case.

BULIE DIAZ LAW OFFICE

By: /s/ SARA E. DIAZ
ND License #0394832
Fargo Office: (701) 298-8748
sara@bulielaw.com

Mailing Address:
305 S. 4th Street Suite A
Grand Forks, ND 58201
FORMER ATTORNEY FOR DEBTOR(S)

Dated: November 9, 2025

THE DAKOTA BANKRUPTCY FIRM

By: /s/ MAURICE B. VERSTANDIG
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
NEW ATTORNEY FOR DEBTOR(S)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

IN RE: MICHAEL P. DOLBEC, DEBTOR
CHAPTER 7 BANKRUPTCY CASE NO. 25-30154

## NOTICE OF MOTION FOR SUBSTITUTION OF ATTORNEY

**TO ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that Debtor has filed a Motion for Substitution of Counsel. A copy of said Motion is attached hereto and herewith served upon you.

NOTICE IS FURTHER GIVEN that written objections to said motion, if any, shall be file with the Clerk of the United States Bankruptcy Court, the address of which is 655 First Avenue North, Suite 210, Fargo, ND 58102, with a copy mailed to the undersigned within fourteen (14) days from the date of the mailing of this Notice. Any objection not so filed and served may be deemed waived.

Dated: November 9, 2025

THE DAKOTA BANKRUPTCY FIRM

By: /s/ *MAURICE B. VERSTANDIG*
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
NEW ATTORNEY FOR DEBTOR(S)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

---

IN RE: MICHAEL P. DOLBEC, DEBTOR
CHAPTER 7 BANKRUPTCY CASE NO.  25-30154

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that on Sunday, November 9, 2025  I caused the attached:

- NOTICE OF MOTION FOR SUBSTITUTION OF ATTORNEY
- MOTION FOR SUBSTITUTION OF ATTORNEY

to be served electronically on all ECF Filing Participants, including:

Gene W Doeling, Chapter 7 Trustee
heather@kdlawpartners.com, mn20@ecfcbis.com

United States Trustee: USTPRegion12.SX.ECF@usdoj.gov

Ryan W. Ames on behalf of Creditor American State Bank and Trust Company of Williston (ASB)
ryan@dakotalawgroup.com, bdipersio@northdakotalaw.net

Tracy A. Kennedy on behalf of Creditor American State Bank and Trust Company of Williston (ASB): tracykennedy@northdakotalaw.net, brendadipersio@northdakotalaw.net

Berly D. Nelson on behalf of Creditor Gate City Bank bnelson@serklandlaw.com, rtande@serklandlaw.com; aneir@serklandlaw.com; amcdarby@serklandlaw.com; lhruby@serklandlaw.com

Collin P. Poolman on behalf of Creditor Northwoods Lumber Company: cpoolman@vogellaw.com

Ryan G Quarne on behalf of Creditor Beacon Sales Acquisitions, Inc.: rgquarne@minotlaw.com

Kesha Tanabe on behalf of Creditor Northwoods Lumber Company
ktanabe@vogellaw.com, sthompson@vogellaw.com;jschares@vogellaw.com

Dated:  November 9, 2025

/s/ Maurice B. VerStandig
Maurice B. VerStandig
