**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:** Dolbec, Michael P.

**Bankruptcy Case No. 25-30154**
**Chapter 7**

**Debtor.**

---

## CERTIFICATE OF MAILING

---

Sara E. Diaz hereby certifies that on November 10, 2025 she served the attached:

**ORDER GRANTING MOTION TO EXPEDITE HEARING- [DOCKET #43]**
**MOTION TO SUBSTITUTE COUNSEL – VERSTANDIG – DIAZ [DOCKET #41]**

Using the CM/ECF Filing system to all CM/ECF Participants, including, but not limited to:

Gene W Doeling, Chapter 7 Trustee: heather@kdlawpartners.com, mn20@ecfcbis.com

United States Trustee: USTPRegion12.SX.ECF@usdoj.gov

Maurice VerStandig, counsel for Debtor: mac@mbvesq.com, mac@dakotabankruptcy.com, verstandig.mauricer104982@notify.bestcase.com, verstandiglaw@recap.email

Ryan W. Ames and Tracy Kennedy on behalf of American State Bank and Trust Company of Williston (ASB): ryan@dakotalawgroup.com, tracykennedy@northdakotalaw.net, bdipersio@northdakotalaw.net

Berly D. Nelson on behalf of Gate City Bank: bnelson@serklandlaw.com, rtande@serklandlaw.com, aneir@serklandlaw.com, amcdarby@serklandlaw.com, lhruby@serklandlaw.com

Charles Dendy on behalf of Office of State Tax Commissioner: cdendy@nd.gov

Collin P. Poolman and Kesha Tanabe on behalf of Northwoods Lumber Company: cpoolman@vogellaw.com, ktanabe@vogellaw.com, sthompson@vogellaw.com, jschares@vogellaw.com

Ryan G Quarne on behalf of Beacon Sales Acquisitions, Inc.: rgquarne@minotlaw.com

Dated: November 10, 2025

*/s/ SARA E. DIAZ*
Bulie Diaz Law Office