Certificate Number: 06531-ND-DE-040298992

Bankruptcy Case Number: 25-30154



06531-ND-DE-040298992

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 11, 2025, at 11:23 o'clock AM CST, Michael P Dolbec completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of North Dakota.

Date:   November 11, 2025            By:   /s/Melissa Zahradnicek

                                     Name: Melissa Zahradnicek

                                     Title: Certified Credit Counselor