UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:  

Michael P. Dolbec,

                Debtor.

Bankruptcy No. 25-30154
Chapter 7

**ORDER GRANTING MOTION FOR SUBSTITUION OF ATTORNEY**

On November 10, 2025, Debtor Michael P. Dolbec filed a Motion For Substitution of Attorney.  Doc. 41.  The Court received no objections in the time allowed. Upon review of the motion, the Court finds cause for granting it. Therefore, **IT IS ORDERED** that the motion is **GRANTED**. The Clerk may substitute Attorney Maurice B. VerStandig of The Dakota Bankruptcy Firm in place of Attorney Sara Diaz as the attorney of record for Debtor.

Dated: November 14, 2025.

Shon Hastings, Judge
United States Bankruptcy Court