United States Bankruptcy Court

District of North Dakota

| | |
|---|---|
| In re: | Case No. 25-30154-skh |
| Michael P. Dolbec | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 14, 2025 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael P. Dolbec, 503 Greenfield Ln, Bismarck, ND 58503-8252 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Berly D. Nelson | on behalf of Creditor Gate City Bank bnelson@serklandlaw.com rtande@serklandlaw.com;aneir@serklandlaw.com;amcdarby@serklandlaw.com;lhruby@serklandlaw.com |
| Charles Dendy | on behalf of Creditor Office of State Tax Commissioner cdendy@nd.gov |
| Christianna A. Cathcart | on behalf of Defendant Michael P. Dolbec christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Collin P. Poolman | on behalf of Creditor Northwoods Lumber Company cpoolman@vogellaw.com |
| Collin P. Poolman | on behalf of Plaintiff Northwoods Lumber Company cpoolman@vogellaw.com |

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 14, 2025 | Form ID: pdf2some | Total Noticed: 1 |

GENE W. DOELING
    on behalf of Plaintiff Gene W. Doeling gene@kaler-doeling.com heather@kdlawpartners.com,mn20@ecfcbis.com

GENE W. DOELING
    on behalf of Trustee Gene W Doeling gene@kaler-doeling.com heather@kdlawpartners.com,mn20@ecfcbis.com

Gene W Doeling
    heather@kdlawpartners.com mn20@ecfcbis.com

Kesha Tanabe
    on behalf of Creditor Northwoods Lumber Company ktanabe@vogellaw.com sthompson@vogellaw.com;jschares@vogellaw.com

Kesha Tanabe
    on behalf of Plaintiff Northwoods Lumber Company ktanabe@vogellaw.com sthompson@vogellaw.com;jschares@vogellaw.com

Maurice VerStandig
    on behalf of Defendant Michael P. Dolbec mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Debtor Michael P. Dolbec mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Ryan G Quarne
    on behalf of Creditor Beacon Sales Acquisitions Inc. rgquarne@minotlaw.com

Ryan G Quarne
    on behalf of Plaintiff Beacon Sales Acquisitions Inc. rgquarne@minotlaw.com

Ryan W. Ames
    on behalf of Creditor American State Bank and Trust Company of Williston (ASB) ryan@dakotalawgroup.com bdipersio@northdakotalaw.net

Sara Diaz
    on behalf of Debtor Michael P. Dolbec sara@bulielaw.com ken@bulielaw.com;alan@bulielaw.com;traci@bulielaw.com;2787@notices.nextchapterbk.com;fargo@bulielaw.com

Tracy A. Kennedy
    on behalf of Creditor American State Bank and Trust Company of Williston (ASB) tracykennedy@northdakotalaw.net brendadipersio@northdakotalaw.net

United States Trustee
    USTPRegion12.SX.ECF@usdoj.gov

TOTAL: 18

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 25-30154 |
| | Chapter 7 |
| Michael P. Dolbec, | |
| Debtor. | |
| _____/ | |

**ORDER GRANTING MOTION FOR SUBSTITUION OF ATTORNEY**

On November 10, 2025, Debtor Michael P. Dolbec filed a Motion For Substitution of Attorney.  Doc. 41.  The Court received no objections in the time allowed. Upon review of the motion, the Court finds cause for granting it. Therefore, **IT IS ORDERED** that the motion is **GRANTED**. The Clerk may substitute Attorney Maurice B. VerStandig of The Dakota Bankruptcy Firm in place of Attorney Sara Diaz as the attorney of record for Debtor.

Dated: November 14, 2025.

Shon Hastings, Judge
United States Bankruptcy Court