UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30154 |
| | ) | Chapter 7 |
| Michael P. Dolbec, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Gene W. Doeling as Bankruptcy Trustee, | ) | |
| | ) | SETTLEMENT AGREEMENT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Keller Supply Company, | ) | |
| | ) | |
| Defendant. | ) | Adversary No. 25-07031 |
| | ) | |

Gene W. Doeling, the bankruptcy trustee in the above-referenced matter, enters into this Settlement Agreement with the Defendant, Keller Supply Company. The parties agree as follows:

1. The debtor, Michael P. Dolbec, filed a Chapter 7 bankruptcy petition on April 18, 2025.

2. Gene W. Doeling is the trustee of the bankruptcy estate.

3. The trustee commenced an adversary complaint against Keller Supply Company on October 23, 2025 alleging that the Defendant, who had levied on the debtor's bank account within 90 days of the debtor's bankruptcy filing, had been the recipient of a preference pursuant to 11 U.S.C. § 547 in the amount of $53,975.97

4. The parties have, in order to avoid the costs and uncertainty of further litigation, agreed to settle the bankruptcy estate's claims against the Defendant in this matter. The parties agree as follows:

5. The Defendant will pay to the bankruptcy estate the sum of $52,667.97 within 10 days of bankruptcy court approval of this settlement agreement.

6. Upon bankruptcy court approval of the settlement agreement and payment of the $52,667.97 to the Bankruptcy Estate, this adversary action shall be dismissed.

7. This agreement is subject to bankruptcy court approval.

Dated: 11/19/2025

Thomas Vitt
Keller Supply Company, Defendant

Dated: 11/24/2025

Gene W. Doeling
Bankruptcy Trustee