UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30154 |
| | ) | Chapter 7 |
| Michael P. Dolbec, | ) | |
| | ) | **NOTICE AND MOTION** |
| Debtor. | ) | **FOR APPROVAL OF** |
| | ) | **SETTLEMENT AGREEMENT** |

    Gene W. Doeling, the bankruptcy trustee in this case, respectfully requests that the Court approve a Settlement Agreement entered into with Keller Supply Company, dated November 24, 2025. The Settlement Agreement, in essential part, provides as follows:

    The trustee commenced an adversary complaint against Keller Supply Company on October 23, 2025 alleging that the Defendant, who had levied on the debtor's bank account within 90 days of the debtor's bankruptcy filing, had been the recipient of a preference pursuant to 11 U.S.C. § 547 in the amount of $53,975.97

    The parties have, in order to avoid the costs and uncertainty of further litigation, agreed to settle the bankruptcy estate's claims against the Defendant in this matter. The parties agree as follows:

    The Defendant will pay to the bankruptcy estate the sum of $52,667.97 within 10 days of bankruptcy court approval of this settlement agreement.

    Upon bankruptcy court approval of the settlement agreement and payment of the $52,667.97 to the Bankruptcy Estate, this adversary action shall be dismissed.

    A copy of the Settlement Agreement may be obtained by contacting the bankruptcy trustee. The bankruptcy estate will not incur a negative tax consequence as a result of this transaction.

**NOTICE OF MOTION:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below. Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 300 S. 4th Street | (See |
| 655 First Ave. N. – Suite 210 | Suite 1015 | address |
| Fargo, ND 58107-4932 | Minneapolis, MN 55415 | below) |

DATED:  November 25, 2025                /s/ Gene W. Doeling
                                                                      Bankruptcy Trustee
P.O. Box 9231
Fargo, ND 58106
(701) 232-8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br>MICHAEL P DOLBEC | CASE NO: 25-30154<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 11/25/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Approval of Settlement Agreement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/25/2025

/s/ Gene W. Doeling
Gene W. Doeling  05078
Chapter 7 Panel Trustee
KD Law, PLLP
3429 Interstate Blvd. S.
Fargo, ND 58103
701-232-8757
heather@kdlawpartners.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

MICHAEL P DOLBEC

CASE NO: 25-30154

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 7

On 11/25/2025, a copy of the following documents, described below,

Notice and Motion for Approval of Settlement Agreement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/25/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gene W. Doeling
KD Law, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103

(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-30154<br>DISTRICT OF NORTH DAKOTA<br>TUE NOV 25 9-3-9 PST 2025 | (U)AMERICAN STATE BANK AND TRUST COMPANY OF WIL | BEACON SALES ACQUISITIONS  INC<br>9800 13TH AVE N<br>PLYMOUTH  MN 55441-5032 |
| EXCLUDE | | |
| (U)GATE CITY BANK | NORTHWOODS LUMBER COMPANY<br>CO VOGEL LAW FIRM<br>218 NP AVENUE<br>FARGO  ND 58107 UNITED STATES 58102-4834 | OFFICE OF STATE TAX COMMISSIONER<br>600 EAST BOULEVARD AVENUE<br>BISMARCK  ND 58505-0599 |
| EXCLUDE | EXCLUDE | |
| UNITED STATES TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS  MN 55415-1320 | US BANKRUPTCY COURT<br>655 1ST AVENUE NORTH  SUITE 210<br>FARGO  ND 58102-4932 | ARROW SANITATION SVC  INC<br>PO BOX 188<br>TRENTON  ND 58853-0188 |
| ABC SUPPLY CO  MBA 743<br>15631 COLLECTION CENTER<br>CHICAGO  IL 60693-0156 | ABST LAW<br>POST OFFICE BOX 10247<br>FARGO  ND 58106-0247 | ACA EXCAVATION<br>2714 11TH AVE W<br>WILLISTON  ND 58801-2944 |
| ACE HARDWARE  FLOORING<br>10 EAST 26TH ST<br>WILLISTON  ND 58801-3046 | ADVANCED BUSINESS METHODS<br>1515 13TH AVE E<br>WEST FARGO  ND 58078-3403 | ADVANCED MARBLE  GRANITE<br>763 N RALSTIN ST<br>MERIDIAN  ID 83642-4079 |
| AGRI INDUSTRIES INC<br>3105 2ND ST W<br>WILLISTON  ND 58801-6907 | ALPINE ADVANCE 5  LLC<br>46 WASHINGTON STREET SUITE 6<br>MIDDLETOWN  CT 06457-2861 | ALTUS RECEIVABLES MANAGEMENT<br>2121 AIRLINE DR SUITE 250<br>METAIRIE  LA 70001-5987 |
| AMERICAN EXPRESS<br>PO BOX 360001<br>FORT LAUDERDALE  FL 33336-0001 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | AMERICAN STATE BANK  TRUST COMPANY<br>OF WILLISTON<br>CO RYAN W AMES<br>ZIMNEY FOSTER PC<br>3100 S COLUMBIA ROAD  STE 200<br>GRAND FORKS  ND 58201-6062 |
| AMERICAN STATE BANK  TRUST COMPANY<br>OF WILLISTON<br>CO TRACY KENNEDY<br>ZIMNEY FOSTER PC<br>3100 S COLUMBIA ROAD  STE 200<br>GRAND FORKS  ND 58201-6062 | AMERICAN STATE BANK  TRUST COMPANY OF WILLI<br>PO BOX 1446<br>WILLISTON  ND 58802-1446 | AMEX<br>PO BOX 981540<br>EL PASO  TX 79998-1540 |
| ANDRES FIBERGLASS  REFINISHING INC<br>5527 COUNTRY CREEK DR<br>BISMARCK  ND 58503-1525 | AQUA PLUMBING<br>1226 MAIN STREET<br>WILLISTON  ND 58801-4235 | ASHLEY  JOSE GONZALEZ<br>PO BOX 853<br>WATFORD CITY  ND 58854-0853 |

| | | |
|---|---|---|
| ASHLEY GONZALEZ AND JOSE GONZALEZ<br>107 MAIN STREET<br>WILLISTON  ND 58801-6018 | (P)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | B  B INSULATION LLP<br>PO BOX 605<br>MINOT  ND 58702-0605 |
| EXCLUDE<br><br>~~(D)BB INSULATION~~<br>~~PO BOX 605~~<br>~~MINOT  ND 58702-0605~~ | BC CONCRETE<br>1502 WEST BROADWAY<br>WILLISTON  ND 58801-5843 | BAKKEN CARPET<br>514 4TH ST W<br>WILLISTON  ND 58801-5004 |
| BANK OF AMERICA<br>PO BOX 25118<br>TAMPA  FL 33622-5118 | BANK OF AMERICA  NA<br>PO BOX 673033<br>DALLAS  TX 75267-3033 | BARKIE SERVICES<br>910 1ST AVE E<br>WILLISTON  ND 58801-5412 |
| BASIN EQUIPMENT RENTAL<br>2150 S CENTRAL AVENUE<br>SIDNEY  MT 59270-5525 | BEACON SALES ACQUISITIONS  INC<br>505 HUNTMAR PARK DR SUITE 300<br>HERNDON  VA 20170-5152 | BEACON SALES ACQUISITIONS  INC<br>CO OLSON  BURNS PC<br>ATTN  RYAN G QUARNE<br>17 FIRST AVENUE SE<br>PO BOX 1180<br>MINOT  ND 58702-1180 |
| BENNYS PAINTING<br>1108 6TH AVE E 10<br>WILLISTON  ND 58801-4480 | BERGUSON  GULER LAW OFFICES  PC<br>125 SLATE DR SUITE 7<br>BISMARCK  ND 58503-6174 | BERKOVITCH  BOUSKILA  PLLC<br>1545 US 202 SUITE 101<br>POMONA  NY 10970-2951 |
| BERLY D NELSON<br>SERKLAND LAW FIRM<br>PO BOX 6017<br>FARGO  ND 58108-6017 | BIG SKY INSPECTION SERVICES  LLC<br>PO BOX 1490<br>SIDNEY  MT 59270-1490 | BIRKELAND PAINTING AND WOODFINISHING<br>PO BOX 1092<br>WILLISTON  ND 58802-1092 |
| BLUENT<br>10685B HAZELHURST DRIVE SUITE 15071<br>HOUSTON  TX 77043-3238 | BRADY MARTZ  ASSOCIATES<br>207 E BROADWAY AVE<br>BISMARCK  ND 58501-3843 | BRADY  MARTZ AND ASSOCIATES  PC<br>207 E BROADWAY AVE PO BOX 1297<br>BISMARCK  ND 58502-1297 |
| BRAVERA BANK<br>320 N 4TH ST<br>BISMARCK  ND 58501-4021 | BUILDERS FIRSTSOURCE<br>PO BOX 74007036<br>CHICAGO  IL 60674-7036 | CRF SOLUTIONS<br>2051 ROYAL AVE<br>PO BOX 1389<br>SIMI VALLEY  CA 93062-1389 |
| CAPITAL ONE<br>ATTN REMITTANCE PROCESSING<br>PO BOX 60024<br>CITY OF INDUSTRY  CA 91716-0024 | CAPITAL ONE NA<br>BY AIS INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE  NC  28272-1083 | CEBULLA ELECTRIC<br>16865 331 AVE<br>HAMBURN  MN 55339-2039 |

| | | |
|---|---|---|
| CEBULLA ELECTRIC<br>16865 331 AVE<br>HAMBURG  MN 55339-2039 | CHAPMAN LAW FIRM  PC<br>PO BOX 1920<br>WILLISTON  ND 58802-1920 | CIRCLE T TRANSPORT  CONST INC<br>PO BOX 8315<br>WILLISTON  ND 58803-0528 |
| COLLIN P POOLMAN<br>ATTORNEY AT LAW<br>218 NP AVENUE<br>PO BOX 1389<br>FARGO  ND 58107-1389 | COPOPNEN CONSTRUCTION<br>14294 PAINTED WOODS DR<br>WILLISTON  ND 58801-9342 | COYOTE PAINTING<br>2718 10TH AVE W<br>WILLISTON  ND 58801-2940 |
| CREDIT BUREAU OF BISMARCK<br>4700 OTTAWA ST STE C<br>BISMARCK  ND 58503-2600 | CULLEN INSULATION<br>202 15TH ST N<br>FARGO  ND 58102-4222 | DAKOTA PRO LANDSCAPE SERVICES<br>PO BOX 817<br>WILLISTON  ND 58802-0817 |
| DAKOTA PRO LANDSCAPE SERVICES  LLC<br>PO BOX 817<br>WILLISTON  ND 58802<br>WILLISTON  ND 58802-0817 | DANS TIRE<br>PO BOX 67<br>WILLISTON  ND 58802-0067 | DELTA ELECTRIC<br>3229 ROCK WAGON ST<br>WILLISTON  ND 58801-2615 |
| DEPARTMENT OF TREASURY   INTERNAL REVENUE SE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | DRYWALL SUPPLY  INC<br>14235 42ND STREET NE<br>ST MICHAEL  MN 55376-9443 | EKBLADS  INC (JON EKBLAD)<br>PO BOX 1345<br>WILLISTON  ND 58802-1345 |
| (P)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | EYE SPY INSPECTIONS  LLC<br>14063 48TH ST NW<br>WILLISTON  ND 58801-8616 | FABRICATORS UNLIMITED<br>828 NP AVE<br>FARGO  ND 58102-4920 |
| FARROH ROOF<br>PO BOX 45<br>MINOT  ND 58702-0045 | FEDEX<br>PO BOX 10306<br>PALATINE  IL 60055-0001 | FEDER BUSINESS LAW FIRM<br>96 ANDOVER ROAD<br>JACKSON  NJ 08527-1223 |
| FEDERAL DRYWALL  LLC<br>FERNANDO DURAN RAYAS<br>6332 W PURDUE AVE<br>GLENDALE  AZ 85302-2907 | FERGUSON ENTERPRISES  INC<br>PO BOX 802817<br>CHICAGO  IL 60680-2817 | FERNANDO DURAN RAYAS<br>6332 W PURDUE AVE<br>GLENDALE  AZ 85302-2907 |
| FERRELLGAS<br>PO BOX 173940<br>DENVER  CO 80217-3940 | FIREPLACE CENTER  INC<br>824 CENTRAL AVE<br>BILLINGS  MT 59102-5846 | (P)FIRST INTERNATIONAL BANK  TRUST<br>ATTN ATTN LEGAL<br>3001 25TH STREET SOUTH<br>FARGO ND 58103-6160 |

| | | |
|---|---|---|
| (P)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 | FLOOR TO CEILING CARPET ONE<br>1516 I94 BUSINESS LOOP EAST<br>DICKINSON ND 58601-6435 | G  L TRANSPORT<br>5033 JACKSON ST<br>PO BOX 2104<br>WILLISTON ND 58802-2104 |
| GATE CITY BANK<br>500 2ND AVE N<br>PO BOX 2847<br>FARGO ND 58108-2847 | GATE CITY BANK<br>CO BERLY D NELSON<br>SERKLAND LAW FIRM<br>10 ROBERTS STREET NORTH<br>FARGO ND 58102-4982 | GENE ROSENS LAW FIRM<br>200 GARDEN CITY PLAZA<br>SUITE 405<br>GARDEN CITY NY 11530-3338 |
| GEORGE D FAGAN<br>LEAKE ANDERSSON LLP<br>1100 POYDRAS STREET  SUITE 1700<br>NEW ORLEANS LA 70163-1701 | HURLEY ENTERPRISES  INC<br>PO BOX 385<br>FAIRVIEW MT 59221-0385 | HARDSCAPES PLUS<br>PO BOX 7088<br>WILLISTON ND 58803-0377 |
| HARDWARE RESOURCES<br>28093 NETWORK PLACE<br>CHICAGO IL 60673-1280 | HARDWARE RESOURCES INC<br>4319 MARLENA STREET<br>BOSSIER CITY LA 71111-7503 | HERC U LIFT<br>4347 12TH AVE N<br>FARGO ND 58102-2903 |
| HERCULIFT<br>PO BOX 69<br>MAPLE PLAIN MN 55359-0069 | HERITAGE PROPERTIES  INC<br>116 ONE MADISON PLAZA<br>MADISON MS 39110-2025 | HIREQUEST DIRECT<br>8639 EAGLE CREEK CIRCLE<br>SAVAGE MN 55378-4400 |
| HORIZON RESOURCES<br>317 2ND ST W<br>WILLISTON ND 58801-5903 | IHD SOLIDS MANAGEMENT LLC<br>PO BOX 95456<br>GRAPEVINE TX 76099-9700 | IDAHO STATE TAX COMMISSIONER<br>11321 W CHINDEN BLVD<br>PO BOX 36<br>BOISE ID 83707-0036 |
| INTEGRITY DOORS LLC<br>PO BOX 1044<br>BEACH ND 58621-1044 | ~~EXCLUDE~~<br>~~(D)INTEGRITY DOORS  LLC~~<br>~~PO BOX 1044~~<br>~~BEACH  ND 58621-1044~~ | INTEGRITY HOME BUILDERS  LLC<br>1505 45TH ST W APT 112<br>WILLISTON ND 58801-1932 |
| INTERSTATE BILLING SERVICE  INC<br>PO BOX 2250<br>DECATUR AL 35609-2250 | INTERSTATE ENGINEERING<br>PO BOX 2035<br>JAMESTOWN ND 58402-2035 | IRONHIDE EQUIPMENT<br>4419 WEST FRONT ST<br>WILLISTON ND 58801-8713 |
| IRONHIDE EQUIPMENT<br>PO BOX 2208<br>DECATUR AL 35609-2208 | JC FLOORING<br>4915 11TH AVE W 502<br>WILLISTON ND 58801-5366 | JP MORGAN CHASE BANK CARD<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |

```
JP MORGAN CHASE BANK CARD              JPMORGAN CHASE BANK NA                 JEREMY A KLINGER
PO BOX 15369                           SBMT CHASE BANK USA NA                 DRAHOS KIESON CHRISTOPHER PA
WILMINGTON DE 19850-5369               CO NATIONAL BANKRUPTCY SERVICES LLC    502 24TH ST NW
                                       PO BOX 9013                            BEMIDJI MN 56601-2407
                                       ADDISON TEXAS 75001-9013


K B SALES                              KELLER SUPPLY COMPANY                  KEVIN  WENDY SHEPARDSON
13343 53T WAY NW                       3209 17TH AVE W                        W 4188 SCHMIDT RD
WILLISTON ND 58801-8848                SEATTLE WA 98119-1792                  KAUKAUNA WI 54130-8713


KEVIN AND WENDY SHEPARDSON             KITCHEN CABINET DISTRIBUTORS           KNIFE RIVER CORPORATION
W4188 SCHMIDT RD                       2114 ATLANTIC AVENUE STE 106           PO BOX 1334
KAUKAUNA WI 54130-8713                 RALEIGH NC 27604-1555                  ST CLOUD MN 56302-1334


KNIFE RIVER CORPORATION                KNIFE RIVER CORPORATION BISMARCK       KNIGHTSBRIDGE FUNDING LLC
CO CAREN W STANLEY VOGEL LAW FIRM      3303 ROCK ISLAND PLACE                 40 WALL ST STE 2903
PO BOX 1389                            BISMARCK ND 58504-7709                 NEW YORK NY 10005-1383
FARGO ND 58107-1389


KNOLL LEIBEL LLP                       LNL SERVICES LLC                       LANMAR GROUP INC
1915 N KAVANEY DR SUITE 3              1752 ROAD 2058                         4700 OTTAWA ST STE C
PO BOX 858                             CULBERTSON MT 59218-9310               BISMARCK ND 58503-2600
BISMARCK ND 58502-0858

                                                                              EXCLUDE

LAW OFFICE OF SELTZER SELTZER LC       LAW OFFICE OF THOMAS W SEVERIN         (U)LEXI HEIMDAL
130 S BEMISTON AVE SUITE 303           PO BOX 161
SAINT LOUIS MO 63105-1913              BISMARCK ND 58502-0161


LEXI HEIMDAL                           LORISSA RODRIQUEZ                      MBS TRUSS CO
1616 W 6TH ST APT 134                  5475 FRESHWATER LANE                   SODERSTROM LAW PC
AUSTIN TX 78703-5007                   WILLISTON ND 58801-9289                1611 GLACIAL DR
                                                                              MINOT ND 58703-1224


MINOT LUMBER HARDWARE INC              MARSHALL D HOGUE                       MATTHEW KVANDE
PO BOX 1147                            6811 27TH AVE                          7369 128TH AVE NW
MINOT ND 58702-1147                    MINOT ND 58703-8849                    ALAMO ND 58830


(P)MCCARTHY BURGESS WOLFF              MCCODY                                 MCCODY CONCRETE
26000 CANNON RD                        14021 HIGHWAY 2                        PO BOX 4005
CLEVELAND OH 44146-1807                PO BOX 4005                            WILLISTON ND 58802-4005
                                       WILLISTON ND 58802-4005
```

```
MELTON NORCROSS ASSOCIATES LLC        MIDWAY MACHINING                      MILLAS PAINTING LLC
2591 DALLAS PARKWAY SUITE 300         1724 40TH AVE SE                      5957 S ODESSA CIR
FRISCO TX 75034-8563                  MANDAN ND 58554-4664                  CENTENNIAL CO 80015-3533



MONDAK HARDWARE                       MONDAK PORTABLES                      MONTANA DAKOTA UTILITIES
PO BOX 2386                           PO BOX 397                            PO BOX 5600
WILLISTON ND 58802-2386               WILLISTON ND 58802-0397               BISMARCK ND 58506-5600



MONTANA STATE FUND                    MONTGOMERY PENDER PC                  (P)MORGAN COHEN BACH
PO BOX 31477                          5630 34TH AVE S SUITE 120             7225 N MONA LISA RD STE 200
BILLINGS MT 59107-1477                FARGO ND 58104-7885                   TUCSON AZ 85741-2598



ND OFFICE OF STATE TAX COMMISSIONER   NELSON CONTRACTING LLC                NEW SKYLINE CONSTRUCTION LLC
600 E BOULEVARD AVENUE                1504 12TH ST NE                       PO BOX 8474
DEPARTMENT 127                        WATFORD CITY ND 58854-7013            WILLISTON ND 58803-0557
BISMARCK ND 58505-0552



NEWCO CAPITAL GROUP                   NEWMAN OUTDOOR ADVERTISING            NEWMAN SIGNS INC
90 BROAD ST                           PO BOX 1728                           1606 6TH AVE SW
NEW YORK NJ 10004-2205                JAMESTOWN ND 58402-1728               JAMESTOWN ND 58401-5328



NISSWA CABINETS LLC                   NORTH DAKOTA ONE CALL                 NORTHERN SHIELD LLC
25314 E CLARK LAKE RD                 7223 PARKWAY DRIVE STE 210            1533 49TH ST
NISSWA MN 56468-2814                  HANOVER ND 21076-1392                 WILLISTON ND 58801-1911



NORTHWOODS LUMBER CO                  NORTHWOODS LUMBER COMPANY             NORTHWOODS LUMBER COMPANY
PO BOX 130                            CO DARYL LUNDBERG                     CO KESHA L TANABE
BLACKDUCK MN 56630-0130               25778 HWY 71                          VOGEL LAW FIRM
                                      BLACKDUCK MN 56630                    218 NP AVENUE
                                                                            PO BOX 1389
                                                                            FARGO ND 58107-1389



OKEEFFE OBRIEN AND LYSON              OLSON AND BURNS PC                    ORTEGA CONSTRUCTION
720 MAIN AVENUE SOUTH                 PO BOX 1180                           4330 STEELE ST
FARGO ND 58103-1807                   MINOT ND 58702-1180                   DENVER CO 80216-4154



PADDLEFISH PARTNERS II LLP            PERFORMANCE SPRAY FOAM SOLUTIONS      POLYPRO LLC
5492 SWEETCLOVER LN                   1420 104TH ST W                       955 YUKON DRIVE
WILLISTON ND 58801-8955               WILLISTON ND 58801-9247               BISMARCK ND 58503-6827
```

```
PRAIRIE SUPPLY                        PRO IT                                PROGRESSIVE
PO BOX 118                            PO BOX 28                             DEPT 0561
WEST FARGO  ND 58078-0118             WILLISTON  ND 58802-0028              CAROL STREAM  IL 60132-0561



RMC CONCRETE  LLC                     RAUCH RESOURCES  LLC                  REGAL LAND DEVELOPMENT  ND  LLC
16852 PORTNER ROAD                    1027 S WELO ST                        PO BOX 80445
NAMPA  ID 83651-8000                  TIOGA  ND 58852-7310                  BILLINGS  MT 59108-0445



RIVER RANCH                           (P)RODENBURG LAW FIRM                 RODRIGUEZ FLOORING
CO GSTYLE TRANSPORT  LLC              PO BOX 2427                           8625 W CHICKSAW ST
PO BOX 2104                           FARGO ND 58108-2427                   TOLLESON  AZ 85353-8937
WILLISTON  ND 58802-2104



RUACH RESOURCES  LLC                  RYAN G QUARNE                         SRS BUILDING PRODUCTS
CO SCHWAB THOMPSON  FRISK             17 FIRST AVENUE SE                    16687 COLLECTION CENTER DR
820 34TH AVENUE EAST  STE 200         MINOT  ND 58701-3960                  CHICAGO  IL 60693-0166
WEST FARGO  ND 58078-7991



SRS BUILDING PRODUCTS  BISMARCK       SAMSON FUNDING  INC                   SAMURAI CONCRETE  LLC
1600 INDUSTRIAL DRIVE                 120 E PALMETTO PARK RD                3602 LONG BRANCH AVE
BISMARCK  ND 58501-3325               BOCA RATON  FL 33432-4835             WILLISTON  ND 58801-2985



SCHWAB THOMPSON  FRISK                SCHWEGERT KLEMIN  MCBRIDE  PC         SCOTTSDALE INSURANCENATIONWIDE
820 34TH AVE E STE 200                116 N SECOND STREET                   18700 NORTH HAYDEN ROAD  SUITE 150
WEST FARGO  ND 58078-7991             PO BOX 955                            SCOTTSDALE  AZ 85255-6743
                                      BISMARCK  ND 58502-0955



SEVERSON  WOGSLAND  LIEBL  PC         SHERWINWILLIAMS                       SIDNEY REDE MIX  INC
4627 44TH AVE S  STE 108              2112 4TH AVENUE W                     206 10TH AVE SE
FARGO  ND 58104-4473                  WILLISTON  ND 58801-3423              SIDNEY  MT 59270-3700



SILVERLINE SERVICES  INC              SILVERLINE SERVICES  INC              SMART CHOICE EXTERIORS
265 SUNRISE HWY STE 236               55 WATER ST 50TH FL                   3112 ALBERT ST
ROCKVILLE CENTRE  NY 11570-4912       NEW YORK  NY 10041-3203               BELLEVUE  NE 68147-1963



STATE OF NORTH DAKOTA                 STEVENS EQUIPMENT SUPPLY              STORBAKKEN  SONS CONSTRUCTION  INC
OFFICE OF ATTORNEY GENERAL            PO BOX 650982                         1906 44TH ST W
600 E BOULEVARD AVE DEPT 127          DALLAS  TX 75265-0982                 WILLISTON  ND 58801-1904
BISMARCK  ND 58505-0040
```

```
SUNDRE SAND  GRAVEL  INC           TRIVON LLC                          TSC SERVICES  LLC
6220 37TH AVE SE                   1265 DONNA LANE                     2501 24TH AVE W APT 112
MINOT  ND 58701-8004               DICKINSON  ND 58601-8347            WILLISTON  ND 58801-2533


TAISON WRIGHT                      TAYLOR D OLSON                      TAYLOR D OLSON
5467 FRESHWATER LANE               107 MAIN STREET                     FURUSETH OLSON  EVERT  PC
WILLISTON  ND 58801-9289           WILLISTON  ND 58801-6018            PO BOX 417
                                                                       WILLISTON  ND 58802-0417


THOMAS E KALIL                     THOMAS E KALIL                      TOPLINE RECOVERY
KALIL LAW FIRM  PLLC               PO BOX 2355                         1078 SUMMIT AVE 104
PO BOX 2355                        WILLISTON  ND 58802-2355            JERSEY CITY  NJ 07307-3438
WILLISTON  ND 58802-2355


TRACTOR  EQUIPMENT CO              TRAILER  TRUCK EQUIPMENT OF WILLISTON   TROY VEGA
1835 HARNISH BLVD                  13356 56TH ST NW                    13693 HAWTHORN LOOP
BILLINGS  MT 59101-6293            WILLISTON  ND 58801-8993            WILLISTON  ND 58801-9150


TROY VEGA                          UNITED STATES ATTORNEY              VERIZON
13693 HAWTHORN LOOP NW             655 1ST AVE N STE 250               BY AIS INFOSOURCE LP AS AGENT
WILLISTON  ND 58801-9150           FARGO  ND 58102-4932                PO BOX 4457
                                                                       HOUSTON  TX  77210-4457


VERIZON WIRELESS                   VOCELLA INC  COMMUNITY SHOPPER      (P)VOGEL LAW FIRM
500 TECHNOLOGY DR                  PO BOX 389                          ATTN CAREN STANLEY
SUITE 500                          WILLISTON  ND 58802-0389            PO BOX 1389
WELDON SPRING  MO 63304-2225                                           FARGO ND 58107-1389


WELLS FARGO BANK                   WELLS FARGO BANK  NA                WESTERN AREA BUILDERS ASSOC
ATTENTION BANKRUPTCY               WELLS FARGO CARD SERVICES           PO BOX 1825
PO BOX 10438                       PO BOX 10438  MAC F8235-02F         WILLISTON  ND 58802-1825
DES MOINES  IA 50306-0438          DES MOINES  IA 50306-0438


WESTWOOD FUNDING                   WEX                                 WHITETAIL HEATING  COOLING  INC
515 E LAS OLAS BLVD                1 HANCOCK STREET                    5058 133RD AVE NW
SUITE 1600                         PORTLAND  ME 04101-4217             WILLISTON  ND 58801-9255
FORT LAUDERDALE  FL 33301-2282


WILLISTON ROTARY CLUB              WINDSONG CONTRACTING  LLC           WOODMERE CAPITAL  LLC
PO BOX 330                         PO BOX 11244                        16 EMPIRE BLVD
WILLISTON  ND 58802-0330           WILLISTON  ND 58803-0041            NANUET  NY 10954
```

```
WOODMERE CAPITAL  LLC                ZACHARY HAASE                        ZIMNEY FOSTER  PC
609 BARNARD AVE                      6553 120TH AVE NW                    3100 S COLUMBIA RD SUITE 200
WOODMERE  NY 11598-2709              PO BOX 727                           GRAND FORKS  ND 58201-6062
                                     RAY  ND 58849-0727



EXCLUDE                              EXCLUDE                              DEBTOR

GENE W DOELING                       MAURICE VERSTANDIG                   MICHAEL P DOLBEC
BANKRUPTCY TRUSTEE                   THE DAKOTA BANKRUPTCY FIRM           503 GREENFIELD LN
3429 INTERSTATE BLVD S               1630 1ST AVENUE N                    BISMARCK  ND 58503-8252
PO BOX 9231                          SUITE B PMB 24
FARGO  ND 58106-9231                 FARGO  ND 58102-4246
```