United States Bankruptcy Court
District of North Dakota

In re:  Case No. 25-30154-skh
Michael P. Dolbec  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 2
Date Rcvd: Dec 22, 2025     Form ID: pdf2some     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael P. Dolbec, 503 Greenfield Ln, Bismarck, ND 58503-8252 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Berly D. Nelson | on behalf of Creditor Gate City Bank bnelson@serklandlaw.com<br>rtande@serklandlaw.com;aneir@serklandlaw.com;amcdarby@serklandlaw.com;lhruby@serklandlaw.com |
| Charles Dendy | on behalf of Creditor Office of State Tax Commissioner cdendy@nd.gov |
| Christianna A. Cathcart | on behalf of Defendant Michael P. Dolbec christianna@dakotabankruptcy.com<br>Cathcart.ChristiannaB114029@notify.bestcase.com |
| Collin P. Poolman | on behalf of Creditor Northwoods Lumber Company cpoolman@vogellaw.com |
| Collin P. Poolman | on behalf of Plaintiff Northwoods Lumber Company cpoolman@vogellaw.com |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 22, 2025 | Form ID: pdf2some | Total Noticed: 1 |

GENE W. DOELING
  on behalf of Plaintiff Gene W. Doeling gene@kaler-doeling.com heather@kdlawpartners.com,mn20@ecfcbis.com

GENE W. DOELING
  on behalf of Trustee Gene W Doeling gene@kaler-doeling.com heather@kdlawpartners.com,mn20@ecfcbis.com

Gene W Doeling
  on behalf of Trustee Gene W Doeling heather@kdlawpartners.com mn20@ecfcbis.com

Gene W Doeling
  heather@kdlawpartners.com mn20@ecfcbis.com

Kesha Tanabe
  on behalf of Creditor Northwoods Lumber Company ktanabe@vogellaw.com
  sthompson@vogellaw.com;jschares@vogellaw.com

Kesha Tanabe
  on behalf of Plaintiff Northwoods Lumber Company ktanabe@vogellaw.com
  sthompson@vogellaw.com;jschares@vogellaw.com

Maurice VerStandig
  on behalf of Defendant Michael P. Dolbec mac@mbvesq.com
  mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
  on behalf of Debtor Michael P. Dolbec mac@mbvesq.com
  mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Ryan G Quarne
  on behalf of Creditor Beacon Sales Acquisitions Inc. rgquarne@minotlaw.com

Ryan G Quarne
  on behalf of Plaintiff Beacon Sales Acquisitions Inc. rgquarne@minotlaw.com

Ryan W. Ames
  on behalf of Creditor American State Bank and Trust Company of Williston (ASB) ryan@dakotalawgroup.com
  bdipersio@northdakotalaw.net

Tracy A. Kennedy
  on behalf of Creditor American State Bank and Trust Company of Williston (ASB) tracykennedy@northdakotalaw.net
  brendadipersio@northdakotalaw.net

United States Trustee
  USTPRegion12.SX.ECF@usdoj.gov

TOTAL: 18

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:                                                                                  Bky. Case No. 25-30154
                                                                                        Chapter 7
Michael P. Dolbec,

        Debtor.
_____/

Gene W. Doeling as Bankruptcy Trustee,                      **ORDER**

        Plaintiff,
  v.

Keller Supply Company,

        Defendant.                                       Adversary No. 25-07031
_____/

On November 25, 2025, the Bankruptcy Trustee filed a motion seeking approval of a Settlement Agreement executed by the Trustee and Keller Supply Company. The Trustee served notice of the motion, which included a summary of the terms of the settlement. The Court received no objections. Based on the information provided by the Trustee and the documents filed in this case, the Court finds that the Settlement Agreement is fair and equitable, reflects a balance of the risks of litigation with potential recovery and appears to be in the best interest of the bankruptcy estate. Therefore, **IT IS ORDERED** that the Motion to Approve Settlement Agreement [Adv. No. 25-07031, Doc. 7; Case No. 25-30154, Doc. 51] is **GRANTED**. The Settlement Agreement filed as Adv. No. 25-07031, Doc. 6; Case No. 25-30154, Doc. 50 is **APPROVED**.

Dated this 22nd day of December, 2025.

                                                         /s/ Shon Hastings
                                                         Shon Hastings, Judge
                                                         United States Bankruptcy Court