# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30154 |
| | ) | Chapter 7 |
| Michael P. Dolbec, | ) | |
| | ) | **NOTICE OF MOTION AND** |
| Debtor. | ) | **MOTION FOR TURNOVER** |
| | ) | |

Gene W. Doeling, attorney representing the bankruptcy trustee in this case, respectfully requests that the Court issue an order, ordering the debtor to forthwith turnover to the bankruptcy trustee nonexempt assets previously requested by the trustee. This motion is made pursuant to 11 U.S.C. § 542 and Bankruptcy Rule 9014.

The debtor filed a Chapter 7 bankruptcy petition on April 18, 2025. On December 5, 2025, the trustee sent a letter to debtor's attorney, Mr. VerStandig, requesting turnover of the following nonexempt cash assets:

      a. Nonexempt portion of debtor's bank account balance totaling $3,567.
      b. Undisclosed prepaid rent of $21,307.
      c. Prepaid deposit of $8,000 to O'Keeffe O'Brien Lyson Ltd. ("O'Keeffe").

The debtor also owns the following nonexempt noncash assets not disclosed on debtor's bankruptcy schedules which are property of the bankruptcy estate:

      d. Arctic Cat 500 with snowblade, estimated value $2,000.
      e. Debtor's property in China, including a prototype boat.

The trustee seeks turnover of the above-referenced assets.

THEREFORE, the bankruptcy trustee respectfully requests that the Court issue an order for the debtor to immediately turn over to the bankruptcy trustee the nonexempt bank balance of $3,567, the undisclosed prepaid rent of $21,307, the value of the prepaid deposit to O'Keeffe of

$8,000, the Arctic Cat 500 with snowblade, and any documentation or information necessary to

liquidate the debtor's property in China, including the prototype boat.

**NOTICE OF MOTION:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this motion must be made within 14 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below. Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 300 S. 4th Street | (See |
| 655 First Ave. N. – Suite 210 | Suite 1015 | address |
| Fargo, ND 58107-4932 | Minneapolis, MN  55415 | below) |

DATED:  January 6, 2026

/s/  Gene W. Doeling
Gene W. Doeling (05078)
KD LAW, PLLP
Attorney for Trustee
PO Box 9231
Fargo, ND  58106-9231
(701) 232-8757

## **VERIFICATION**

I, Gene W. Doeling, under the laws of the United States state that the foregoing is true and correct according to the best of my knowledge.

Dated this 6th day of January, 2026.

/s/ Gene W. Doeling
Gene W. Doeling

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30154 |
| | ) | Chapter 7 |
| Michael P. Dolbec, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Debtor. | ) | |
| | ) | |

   Gene W. Doeling of Fargo, ND, swears that on January 6, 2026, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

**NOTICE OF MOTION AND MOTION FOR TURNOVER**

to the parties listed below:

Michael P. Dolbec
503 Greenfield Ln.
Bismarck, ND  58503

Maurice VerStandig, on behalf of the debtor, mac@dakotabankruptcy.com

U.S. Trustee, USTPRegion12.SX.ECF@usdoj.gov

              /s/  Gene W. Doeling
              Gene W. Doeling