## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30154 |
| | ) | Chapter 7 |
| Michael P. Dolbec, | ) | |
| | ) | **MOTION TO EXTEND TIME TO** |
| Debtor. | ) | **OBJECT TO DEBTOR'S DISCHARGE** |
| | ) | **WITH NOTICE** |

    Gene W. Doeling, the bankruptcy trustee, respectfully requests that the Court issue an order extending the deadline for the trustee to object to the debtor's discharge. There are nonexempt assets in the debtor's possession or control which need to be turned over and accounted for. The debtor's discharge should be delayed until the nonexempt assets, including nonexempt bank balances and other assets have been accounted for and turned over to the trustee, and the trustee has had sufficient time to investigate the debtor's financial affairs.

    The existing deadline to object to discharge is January 16, 2026 and the trustee respectfully requests that the Court extend the deadline approximately 90 days to April 16, 2026.

**NOTICE OF MOTION:** You are hereby notified that the Bankruptcy Trustee has made a Motion to Extend the Deadline to Object to Debtor's Discharge. Any objection to that motion must be filed with the Clerk of Bankruptcy Court and served upon the Bankruptcy Trustee not later than fourteen days from this date. If you fail to object within this time frame, the Court may assume that you do not oppose this Motion and will act on it accordingly.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 300 S. 4th Street | (See |
| 655 First Ave. N. – Suite 210 | Suite 1015 | address |
| Fargo, ND 58107-4932 | Minneapolis, MN  55415 | below) |

DATED:  <u>January 7, 2026</u>    /s/ Gene W. Doeling
                                                                 Gene W. Doeling
                                                                  Bankruptcy Trustee
                                                                  P.O. Box 9231
                                                                  Fargo, ND 58106-9231
                                                                  (701) 232-8757

## **VERIFICATION**

I, Gene W. Doeling, the bankruptcy trustee for the Michael Dolbec bankruptcy, under the laws of the United States state that the foregoing is true and correct according to the best of my knowledge.

Dated this 7th day of January, 2026.

/s/ Gene W. Doeling
Gene W. Doeling

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30154 |
| | ) | Chapter 7 |
| Michael P. Dolbec, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Debtor. | ) | |
| | ) | |

  Gene W. Doeling of Fargo, ND, swears that on January 7, 2026, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

## MOTION TO EXTEND TIME TO OBJECT TO DEBTOR'S DISCHARGE
## WITH NOTICE

to the parties listed below:

Michael P. Dolbec
503 Greenfield Ln
Bismarck, ND  58503

Maurice VerStandig, on behalf of the debtor, mac@dakotabankruptcy.com

U.S. Trustee, USTPRegion12.SX.ECF@usdoj.gov

            /s/  Gene W. Doeling
              Gene W. Doeling