IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Michael P. Dolbec, | ) | Case No. 25-30154 |
| | ) | (Chapter 7) |
|       Debtor. | ) | |
| | ) | |

## MOTION TO EXTEND TIME

Comes now Michael P. Dolbec ("Mr. Dolbec" or the "Debtor"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 9006, and moves to extend the deadline to respond to the Motion for Turnover of Nonexempt Assets (DE #55), to and through January 26, 2026, and in support thereof states as follows:

In light of the recent substitution of counsel and the intervening holiday period, additional time is necessary to evaluate the assets at issue, to confer with the Debtor regarding the relevant factual circumstances, and to review and, if appropriate, amend the claimed exemptions prior to filing a response.

The requested extension is brief and is not sought for any improper purpose, including delay. The Debtor seeks a short enlargement of time to ensure the response accurately reflects the Debtor's exemption positions and is informed by meaningful consultation between the Debtor and counsel. Given the limited duration of the requested extension, no prejudice will be occasioned to the Trustee or any party in interest.

WHEREFORE, the Debtor respectfully prays that the deadline to respond to the Motion for Turnover of Nonexempt Assets (DE #55) be extended to and through January 26, 2026, and for such other and further relief as may be just and proper.

*[Signature on Following Page]*

1

Respectfully Submitted,

Dated: January 20, 2026,   By:   /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart