# Residential Lease

**1. THE PARTIES OF THIS RESIDENTIAL LEASE ARE:**

1.1 THE LANDLORD:

Name of Company or Full Name and Surname of Individual:
_Mark Luna_

Agent (if applicable): _____

Title of Agent (if applicable): _____

Physical Address: _107 Holland Rd_

Postal Address (if different): _____

(hereinafter referred to as the "Landlord")

1.2 THE TENANT:

Full Name and Surname: _Mike Dolbec_
Physical Address: _Po Box 312 Turtle lake ND 58575_
Postal Address (if different): _____

Full Name and Surname: _____
Physical Address: _____
Postal Address (if different): _____

Full Name and Surname: _____
Physical Address: _____
Postal Address (if different): _____

Full Name and Surname: _____
Physical Address: _____
Postal Address (if different): _____

Additional Members of the Tenant's Household:
_Just one tenant Mike Dolbec_

(hereinafter referred to collectively as the "Tenant")

The Landlord and Tenant choose the above stated addresses as their physical addresses for purposes of delivery of any notice, payment of any amount and at which legal proceedings may

be instituted pertaining to this Residential Lease (hereinafter referred to as the "Lease"). The Landlord and Tenant will be entitled at any time by way of written notice to the other to change the information regarding their physical addresses. Such change will become effective on day seven (7) after receipt by the other party of the notice. Any notice which the Landlord requires to give to the Tenant shall be deemed to have been validly given if sent by pre-paid registered letter to the Tenant at the rental location or left by the Landlord at such address, which notice shall be deemed to have been received five (5) days after sending by registered mail, or on the day the notice was delivered by hand.

(Unless inconsistent with the context, words signifying the singular shall include the plural and vice versa.)

**2. THE PREMISES:**

2.1 Physical Address: 503 Green Field lane bismarck nd 58503
County of Burliegh

2.2 Outbuildings included as part of the premises (if applicable):
N/A

2.3 Fixed Improvements included as part of the premises (if applicable):
N/A

2.4 Grounds included as part of the premises:
3 Acres Not, the shop and the one Acres Part of the Shop Area Not included

2.5 The Landlord stipulates that the leased property be occupied by no more than 1 persons, consisting of a maximum of 1 adults and 0 child(ren) under the age of eighteen years. (hereinafter referred to as the "Premises")

3. PERIOD OF LEASE:

3.1 The initial period of the Lease is for __9__ months and shall start on __May-1-2025__ and shall end at midnight on __JAN-31-2026__.

3.2 This Lease shall be automatically renewed after the initial term on a month-to-month basis under the same conditions.

**Acknowledgment by Tenant (initials of Tenant(s) signing Lease):**

_(signature)_
Tenant Name                                    Initial              Tenant Name                                    Initial

Mike Dolbec                                    _MD_
Tenant Name                                    Initial              Tenant Name                                    Initial

3.3 After the initial period of the agreement this Lease may be cancelled by either the Landlord or the Tenant by giving __30__ days written notice.

4. RENTAL:

4.1 The monthly rental amount for the Premises for the initial period is $2200.

4.2 The said monthly rental amount is escalated annually at a rate of __N/A__ percent of the monthly rental amount for the previous year.

4.3 Rental amount shall be paid in the form of personal check, cashier's check, money order, or direct deposit made out to __Mark Lung__.

4.4 Rental amount shall be paid monthly in advance on or before the first date of the month, without any deduction whatsoever at the following address: __N/A__.

4.5 The Tenant shall pay a late charge of __N/A__ if rental amount is not received within __N/A__ days after the due date to cover collection fees and/or additional administration fees.

4.6 The Tenant shall pay an amount of __N/A__ for each rental check returned for insufficient funds and thereafter pay rental amount by cash or cashier's check.

4.7 In the event of the rental amount or any portion thereof not being paid on the due date, or the Tenant failing to meet his/her obligations under this Lease, or the Tenant surrendering his/her estate or being sequestrated, provisionally or otherwise, the Landlord shall be entitled to by written notice require the Tenant to comply with the specific obligation which he/she has failed

to meet within ~~N/A~~ days after receiving the said written notice by hand or within _____ days after the sending thereof per registered mail, and should the Tenant still fail to comply with such obligations the Landlord shall be entitled to:

    4.7.1  cancel this Lease, eject the Tenant and/or any other persons occupying the Premises without prejudice of his/her rights to claim arrear rental amount;

    4.7.2  claim payment of any arrear rental amount or any other monies due, be it compensation for damages to the Premises, or damages arising out of breach of this Lease by the Tenant.

4.8 In the event of the Tenant not vacating the Premises after cancellation of this Lease by leaving his/her property or possessions behind, the Tenant shall be liable for the rental amount.

4.9 The Tenant shall not be entitled to any reduction in rental amount while the Landlord does repairs to the Premises.

## 5. ADDITIONAL PAYMENTS BY TENANT:

5.1 The Tenant shall from the date of commencement of this Lease promptly pay for all utility expenses, except for: __Tenant shall Pay All utilitys__ ,

which shall be provided by the Landlord.

5.2 All legal costs incurred by the Landlord in respect of any legal steps taken by him/her against the Tenant to enforce any of the Tenant's obligations in terms of this Lease shall be paid for by the Tenant.

Should the Tenant fail to make payment of any of the aforementioned, the Landlord shall have the right without prejudice to his/her other rights in law or under this Lease to effect payment himself/herself and to recover the amounts so expended from the Tenant.

## 6. SECURITY DEPOSIT:

6.1 The Tenant must deposit an amount of $~~____~~ **1500** with the Landlord on signature of this Lease. This deposit will be held by the Landlord and may be used at any time to repair damages caused by the Tenant to the Premises. The deposit or balance thereof will be refunded to the Tenant when this Lease expires and after inspection of the Premises but not later than __30__ days after this Lease expired. The deposit may also be utilized for the payment of amounts due and owing by the Tenant in terms of this Lease as well as the cost of repairing damage (other than ordinary wear and tear) to the Premises and/or replacing lost keys. This provision is purely for the benefit of the Landlord and does not relieve the Tenant in any way from the obligation of any other payment or liabilities in terms thereof.

6.2 The Tenant shall not under any circumstances be entitled in the final month of the tenancy to

8.10 As required by law, the Landlord makes the following disclosure: "Radon Gas" is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in every state. Additional information regarding radon and radon testing may be obtained from your county public health unit.

8.11 If the Premises was built prior to 1978, the Landlord shall disclose to the Tenant the presence of known lead-based paint and/or lead-based paint hazards in the Premises. Tenant must also receive a federally approved pamphlet on lead poisoning prevention.

## 9. LANDLORD AND TENANT OBLIGATIONS:

9.1 The covenants and conditions in this Lease shall apply to and bind the heirs, legal representatives, and assigns of the Landlord and Tenant, and all covenants are to be construed as conditions of this Lease.

9.2 If any portion of this Lease shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a court finds that any provision of this Lease is invalid or unenforceable, but that by limiting such provision it would become valid and enforceable, then such provision shall be deemed to be written, construed and enforced as so limited.

## 10. PETS:

10.1 It is hereby agreed by and between Landlord and Tenant that Landlord will allow Tenant to have the following described pet(s) and no others in the Premises, upon and subject to the terms and conditions of this Residential Lease:

_____ dog(s) and _____ cat(s) and _____.

10.2 The Tenant shall keep the pet(s) under control at all times, adhere to all applicable local ordinances, dispose of pet waste properly and quickly, and keep the pet(s) from being unnecessarily noisy or aggressive and causing any annoyance or discomfort to others, and to remedy immediately any complaints made through the Landlord. Any damage to the exterior or interior of the Premises caused by the pet(s) will be the full financial responsibility of the Tenant and that the Tenant agrees to pay all costs involved in the restoration to its original condition. The Landlord is permitted to professionally treat the Premises for fleas and ticks, and clean all carpets when the Tenant vacates the Premises at the cost of the Tenant. The Tenant shall indemnify, hold harmless, and defend Landlord against all liability, judgments, expenses (including attorney's fees), or claims by third parties for any injury to any person or damage to property of any kind whatsoever caused by the Tenant's pet(s).

10.3 In consideration for the Landlord's authorization for the Tenant to keep the pet(s) described in this Paragraph on the Premises, the Tenant will pay the Landlord, in trust, a deposit of \_\_\_\_N/A\_\_\_\_, to be held and disbursed for pet damages to the Premises (if any) as

provided by law. This deposit is in addition to any other security deposit stated in this Lease.

### 11. NO WAIVER:
No relaxation, indulgence, waiver or concession which the Landlord may show at any time whatsoever in regard to the carrying out of any of the Tenant's obligations in terms of this Lease, shall prejudice any of the Landlord's rights under this Lease in any manner whatsoever or be regarded as a waiver of any of the Landlord's rights in terms of this Lease.

### 12. FULL LEASE:
This agreement contains all the terms and conditions of this Lease entered into by the Landlord and Tenant. The Landlord shall not be liable for any warranty, guarantee, representations or undertakings of whatsoever nature which might have been made to the Tenant by any person whomsoever, except as contained herein. The Landlord shall not be bound by any amendment, alteration or variation of the terms of this Lease, unless reduced to writing and signed by the Landlord and Tenant or any person duly authorized thereto in writing by them.

### 13. WARRANTY OF AUTHORITY AND DECLARATION:
Each person signing this Lease warrants his/her authority to do so AND that they have read it and understand it and voluntarily agree to it.

### 14. JURISDICTION:
Any dispute arising under this Lease shall be heard in a court of competent jurisdiction in the state of _North Dakota_, and the law of said state shall apply to any such dispute.

### 15. OTHER TERMS (OPTIONAL):
Other terms shall include:
Due to credit score under 600 tenant is required to Pre-Pay for entire Lease and Deposit. Total amount due with 9 Month Lease and Deposit is $21,300

## EXECUTION

**LANDLORD:**

Signature of Landlord or Landlord's Agent: _Mark L___

Name of Landlord or Landlord's Agent: _Mark Luna___

Title of Agent (if applicable): _N/A___

(for and on behalf of _____)

Date: _4-16-2025___              Date: _____

WITNESS signature: _____

Name: _____

**JOINT AND SEVERAL TENANCY (IF TWO OR MORE ADULT TENANTS):**

We understand and agree that our obligations are joint and several. We understand that we will be responsible for our individual obligations as well as the obligations of all other tenants signing this Lease. This includes paying the rental amount and all other terms of this Lease.

**TENANT:** _[signature]___

Printed Name: _Mike Dolbec___              Date: _4/16/2025___

**TENANT:** _____

Printed Name: _____              Date: _____

**TENANT:** _____

Printed Name: _____              Date: _____

**TENANT:** _____

Printed Name: _____              Date: _____

WITNESS signature: _____              Date: _____

Name: _____

© SmartLegalForms                                          LF310 Residential Lease 3-23, Pg. 11 of 11

Case 25-30154   Doc 60-1   Filed 01/26/26   Entered 01/26/26 22:15:36   Desc Exhibit
A - Lease   Page 8 of 8

# PREMISES INSPECTION MOVE-IN / MOVE OUT

Address: 503 Green Field LN
Move-In Date: May-1-2025
Inspected By (for Landlord):
Date of Inspection:

Move-Out Date:
Inspected By (for Tenant):
Date of Inspection:

| | MOVE-IN | | | MOVE-OUT | | |
|---|---|---|---|---|---|---|
| | OK | NO | COMMENTS | OK | NO | COMMENTS |
| Entry Way | ☐ | ☐ | | ☐ | ☐ | |
| Bedroom 1 | ☐ | ☐ | | ☐ | ☐ | |
| Bedroom 2 | ☐ | ☐ | | ☐ | ☐ | |
| Bedroom 3 | ☐ | ☐ | | ☐ | ☐ | |
| Closets | ☐ | ☐ | | ☐ | ☐ | |
| Bathrooms | ☐ | ☐ | | ☐ | ☐ | |
| Living Areas | ☐ | ☐ | | ☐ | ☐ | |
| Kitchen | ☐ | ☐ | | ☐ | ☐ | |
| Dishwasher | ☐ | ☐ | | ☐ | ☐ | |
| Disposal | ☐ | ☐ | | ☐ | ☐ | |
| Refrigerator | ☐ | ☐ | | ☐ | ☐ | |
| Microwave | ☐ | ☐ | | ☐ | ☐ | |
| Stovetop | ☐ | ☐ | | ☐ | ☐ | |
| Oven | ☐ | ☐ | | ☐ | ☐ | |
| Doors | ☐ | ☐ | | ☐ | ☐ | |
| Locks | ☐ | ☐ | | ☐ | ☐ | |
| Screens | ☐ | ☐ | | ☐ | ☐ | |
| Fireplace | ☐ | ☐ | | ☐ | ☐ | |
| Patio | ☐ | ☐ | | ☐ | ☐ | |
| Balcony | ☐ | ☐ | | ☐ | ☐ | |
| Lights | ☐ | ☐ | | ☐ | ☐ | |
| Walls | ☐ | ☐ | | ☐ | ☐ | |
| Floors | ☐ | ☐ | | ☐ | ☐ | |
| Ceilings | ☐ | ☐ | | ☐ | ☐ | |
| Windows | ☐ | ☐ | | ☐ | ☐ | |
| Window Coverings | ☐ | ☐ | | ☐ | ☐ | |
| Drapes/Blinds | ☐ | ☐ | | ☐ | ☐ | |
| Carpeting | ☐ | ☐ | | ☐ | ☐ | |
| Yard | ☐ | ☐ | | ☐ | ☐ | |
| Storage Area | ☐ | ☐ | | ☐ | ☐ | |
| _____ | ☐ | ☐ | | ☐ | ☐ | |
| _____ | ☐ | ☐ | | ☐ | ☐ | |
| _____ | ☐ | ☐ | | ☐ | ☐ | |

NOTES: _____
_____
_____

Tenant(s):                                    Landlord:
_____                             _____
_____                             _____