

## GUANGDONG HUARIWIN ROTATIONAL MOLDING PRODUCTS CO., LTD.
Tel: +8613360309124.

Client: Mike Dolbec

Date: 2025/14/1  Invoice No:HR24120606

## PROFORMA INVOICE

| NO | Product Photo | Item name | Details | Unit price/USD | QTY | Total price/USD |
|---|---|---|---|---|---|---|
| 1 |  | HDPE Boat | Material:100% Pure HDPE(RotoMold) with Polyurethane foam<br>Boat bottom: Russian wear-resistant material<br>Dimensions: 480cm<br>Weight: 400KG<br>Design Load weight: 1250kg<br>Boat color:Customized<br>No Motor | 4400 | 1 | 4400 |
| 2 |  | Driver console | Material:100% Pure HDPE(RotoMold) with Polyurethane foam | 126 | 1 | 126 |
| 3 |  | Steering wheel and steering system | High-quality steering wheel,<br>turbo hydraulic steering within 6 meters | 326 | 1 | 326 |
| 4 |  | Mold Fee | Mold for 4.8 Meter Customized Tunnel Hull Boat<br><br>Brunswick Design | 12000 | 1 | 12000 |

| | | | | | |
|---|---|---|---|---|---|
| 5 | | Aluminum deck and bracket | Material:One centimeter thick aluminum alloy plate Size: 4800*2413mm Between Pontoon for deck Size:1320mm Other aluminum alloy bases and accessories, etc. | 350 | 1 | 390 |
| 6 | | Driver Seat with Mat | Material:100% Pure HDPE(RotoMold) UV-proof, waterproof, anti-snagging Nappa leather; Filling sponge: high-density rebound sponge with quick-drying function | 108 | 3 | 108 |
| 7 | | Eva flooring | EVA teak rubber non-slip mat with custom logo | 442 | 1 | 442 |
| | | Total Amounts (EXW) | | | | 17752 USD |

**Payment and terms:**

1. Payment:  10792 deposit, 7000balance payment before shipping
2. Production time: 90 days
3. Delivery period : According to the port or warehouse specified by the customer
4. Ten-years hull warranty

**Banking information:**

1. Account name : GUANGDONG HUARIWIN ROTATIONAL MOLDING PRODUCTS CO., LTD.
2. Bank name: BANK OF CHINA FOSHAN ZHANGCHA BRANCH
3. BANK Address:P3, NO.10,ZHANGCHA 3 STREET, CHANCHENG DISTRICT
4. Bank account number:719878709107
5. SWIFT CODE: BKCHCNBJ44A



GUANGDONG HUARIWIN ROTATIONAL MOLDING PRODUCTS CO., LTD.