United States Bankruptcy Court
District of North Dakota

In re:  Case No. 25-30154-skh
Michael P. Dolbec  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3  User: admin  Page 1 of 2
Date Rcvd: Jan 27, 2026  Form ID: pdf2some  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

**Recip ID        Recipient Name and Address**
db        +  Michael P. Dolbec, 503 Greenfield Ln, Bismarck, ND 58503-8252

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Berly D. Nelson | on behalf of Creditor Gate City Bank bnelson@serklandlaw.com rtande@serklandlaw.com;aneir@serklandlaw.com;amcdarby@serklandlaw.com;lhruby@serklandlaw.com |
| Charles Dendy | on behalf of Creditor Office of State Tax Commissioner cdendy@nd.gov |
| Christianna A. Cathcart | on behalf of Debtor Michael P. Dolbec christianna@dakotabankruptcy.com  Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Defendant Michael P. Dolbec christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Collin P. Poolman | on behalf of Creditor Northwoods Lumber Company cpoolman@vogellaw.com |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 27, 2026 | Form ID: pdf2some | Total Noticed: 1 |

Collin P. Poolman
　　on behalf of Plaintiff Northwoods Lumber Company cpoolman@vogellaw.com

GENE W. DOELING
　　on behalf of Plaintiff Gene W. Doeling gene@kaler-doeling.com heather@kdlawpartners.com,mn20@ecfcbis.com

GENE W. DOELING
　　on behalf of Trustee Gene W Doeling gene@kaler-doeling.com heather@kdlawpartners.com,mn20@ecfcbis.com

Gene W Doeling
　　on behalf of Trustee Gene W Doeling heather@kdlawpartners.com mn20@ecfcbis.com

Gene W Doeling
　　heather@kdlawpartners.com mn20@ecfcbis.com

Kesha Tanabe
　　on behalf of Creditor Northwoods Lumber Company ktanabe@vogellaw.com sthompson@vogellaw.com;jschares@vogellaw.com

Kesha Tanabe
　　on behalf of Plaintiff Northwoods Lumber Company ktanabe@vogellaw.com sthompson@vogellaw.com;jschares@vogellaw.com

Maurice VerStandig
　　on behalf of Defendant Michael P. Dolbec mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
　　on behalf of Debtor Michael P. Dolbec mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Ryan G Quarne
　　on behalf of Creditor Beacon Sales Acquisitions  Inc. rgquarne@minotlaw.com

Ryan G Quarne
　　on behalf of Plaintiff Beacon Sales Acquisitions  Inc. rgquarne@minotlaw.com

Ryan W. Ames
　　on behalf of Creditor American State Bank and Trust Company of Williston (ASB) ryan@dakotalawgroup.com bdipersio@northdakotalaw.net

Tracy A. Kennedy
　　on behalf of Creditor American State Bank and Trust Company of Williston (ASB) tracy@dakotalawgroup.com brendadipersio@northdakotalaw.net

United States Trustee
　　USTPRegion12.SX.ECF@usdoj.gov

TOTAL: 19

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Michael P. Dolbec,

Debtor.

Bankruptcy No. 25-30154
Chapter 7

/

## NOTICE OF HEARING BY VIDEO CONFERENCE

The Court will hold a hearing by video conference on **Tuesday, March 10, 2026, at 2:00 P.M.** to consider and act upon the following matters:

- **Motion by Trustee, Gene W. Doeling, for Turnover of Nonexempt Assets filed January 6, 2026. (Doc. 55)**

- **Response by Debtor to Trustee Doeling's Motion for Turnover of Nonexempt Assets filed January 26, 2026.  (Doc.  60 )**

Video Conference Instructions, **Procedures** and link to join the meeting are located at: https://www.ndb.uscourts.gov/video-conferences. **Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site generally not less than 48 hours (72 hours preferred) in advance of the hearing.**  To test the connection, submit a testing request to https://www.ndb.uscourts.gov/VCtestform.  Parties who do not have video conferencing capability or who prefer to appear by video from a federal courthouse location in Bismarck, Minot, or Grand Forks must call the Bankruptcy Clerk's Office at (701) 297-7100 or email clerks_office@ndb.uscourts.gov.  Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.

Please be advised that all hearings are evidentiary unless, upon the Court's initiative or the written request of a party, the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties must disclose witness lists and exhibits not later than two business days before the hearing on a contested matter.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the Court to consider your views, you should file a written response to the action, if one has not been filed, and attend the hearing. If you do not take these steps, the Court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: January 27, 2026.

Sara E. Diaz, Clerk
United States Bankruptcy Court
Quentin N. Burdick United States Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102-4392

By:   /s/   *Sharon Horsager*
Sharon Horsager, Deputy Clerk

Copy served electronically January 27, 2026, to Electronic Mail Notice List for Case No. 25-30154.