**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30154 |
| | ) | Chapter 7 |
| Michael P. Dolbec, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| Debtor. | ) | **AND REQUEST FOR NOTICE** |
| | ) | |

TO: THE UNITED STATES BANKRUPTCY COURT CLERK:

Please enter the appearance of Patrick J. Sinner, for KD Law, PLLP, the attorney for the bankruptcy trustee in the above-referenced case. Pursuant to Federal Rules of Bankruptcy Procedure 9010(b) and 2002, the undersigned, on behalf of KD Law, PLLP, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following via ECF notification:

>Patrick J. Sinner
>KD Law, PLLP
>PO Box 9231
>Fargo, ND  58106
>patrick@kdlawpartners.com

PLEASE TAKE FURTHER NOTICE that pursuant to the foregoing Section 1109(b) of the Bankruptcy Code this request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also including, without limitation, notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests for petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents brought before the Court with respect to this proceeding, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated:  February 27, 2026

>*/s/ Patrick J. Sinner*
>Patrick J. Sinner (ND #08345)
>KD Law, PLLP
>3429 Interstate Blvd
>P.O. Box 9231
>Fargo, ND  58106
>(701) 232-8757
>patrick@kdlawpartners.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | ) Bky. Case No.: 25-30154 |
| | ) Chapter 7 |
| Michael P. Dolbec, | ) |
| | ) **CERTIFICATE OF SERVICE** |
| Debtor. | ) |
| | ) |

    I, Heather Christ of Fargo, ND, swear that on February 27, 2026, I mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

to the parties listed below:

Michael P. Dolbec
503 Greenfield Ln
Bismarck, ND  58503

Maurice VerStandig, on behalf of the debtor, mac@dakotabankruptcy.com

U.S. Trustee, USTPRegion12.SX.ECF@usdoj.gov

Executed on: February 27, 2026    Signed: */s/ Heather Christ*
                                                      Heather Christ, Paralegal
                                                      3429 Interstate Blvd. S.
                                                      Fargo, ND  58103