United States Bankruptcy Court

District of North Dakota

In re:                                                                                    Case No. 25-30154-skh

Michael P. Dolbec                                                                  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 24, 2026 | Form ID: ocontVid | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

**Recip ID**                 **Recipient Name and Address**
db                    +  Michael P. Dolbec, 503 Greenfield Ln, Bismarck, ND 58503-8252

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026           Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

**Name**                 **Email Address**

Berly D. Nelson
    on behalf of Creditor Gate City Bank bnelson@serklandlaw.com
    rtande@serklandlaw.com;aneir@serklandlaw.com;amcdarby@serklandlaw.com;lhruby@serklandlaw.com

Charles Dendy
    on behalf of Creditor Office of State Tax Commissioner cdendy@nd.gov

Christianna A. Cathcart
    on behalf of Debtor Michael P. Dolbec christianna@dakotabankruptcy.com  Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart
    on behalf of Defendant Michael P. Dolbec christianna@dakotabankruptcy.com
    Cathcart.ChristiannaB114029@notify.bestcase.com

Collin P. Poolman
    on behalf of Creditor Northwoods Lumber Company cpoolman@vogellaw.com

District/off: 0868-3

User: admin

Page 2 of 2

Date Rcvd: Mar 24, 2026

Form ID: ocontVid

Total Noticed: 1

Collin P. Poolman

on behalf of Plaintiff Northwoods Lumber Company cpoolman@vogellaw.com

GENE W. DOELING

on behalf of Plaintiff Gene W. Doeling gene@kdlawpartners.com  heather@kdlawpartners.com,mn20@ecfcbis.com

GENE W. DOELING

on behalf of Trustee Gene W Doeling gene@kdlawpartners.com  heather@kdlawpartners.com,mn20@ecfcbis.com

Gene W Doeling

on behalf of Trustee Gene W Doeling heather@kdlawpartners.com  mn20@ecfcbis.com

Gene W Doeling

heather@kdlawpartners.com  mn20@ecfcbis.com

Kesha Tanabe

on behalf of Creditor Northwoods Lumber Company ktanabe@vogellaw.com
sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe

on behalf of Plaintiff Northwoods Lumber Company ktanabe@vogellaw.com
sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Maurice VerStandig

on behalf of Defendant Michael P. Dolbec mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Debtor Michael P. Dolbec mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Patrick J. Sinner

on behalf of Trustee Gene W Doeling patrick@kdlawpartners.com  ND11@ecfcbis.com

Ryan G Quarne

on behalf of Creditor Beacon Sales Acquisitions  Inc. rgquarne@minotlaw.com

Ryan G Quarne

on behalf of Plaintiff Beacon Sales Acquisitions  Inc. rgquarne@minotlaw.com

Ryan W. Ames

on behalf of Creditor American State Bank and Trust Company of Williston (ASB) ryan@dakotalawgroup.com
bdipersio@northdakotalaw.net

Tracy A. Kennedy

on behalf of Creditor American State Bank and Trust Company of Williston (ASB) tracy@dakotalawgroup.com
brendadipersio@northdakotalaw.net

United States Trustee

USTPRegion12.SX.ECF@usdoj.gov


TOTAL: 20

ocontVid(02/21)

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re:

CHAPTER 7
Bankruptcy No.
*25−30154*

Michael P. Dolbec

Debtor(s)

## ORDER GRANTING CONTINUANCE
## AND RESCHEDULING VIDEO CONFERENCE HEARING

The parties filed a stipulated motion to continue the video conference hearing scheduled for **March 31, 2026**. The Court finds cause for granting the continuance.

IT IS ORDERED that the video conference hearing on:

Motion by Trustee, Gene Doeling, for Turnover of Nonexempt Assets, filed January 6, 2026. (Doc. 55)

will be held on **April 23, 2026** at **02:00 PM**.

Video conference instructions, procedures and link to join are located at: https://www.ndb.uscourts.gov/video−conferences. **Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site, generally not less than 48 hours (72 hours preferred) in advance of the hearing.** To test the connection, submit a testing request at https://www.ndb.uscourts.gov/VCtestform. Parties who do not have video conferencing capability or who prefer to appear by video from a federal courthouse location in Bismarck, Minot or Grand Forks must contact the Bankruptcy Clerk?s Office at (701) 297−7100 or email clerks_office@ndb.uscourts.gov. Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.

Please be advised that all hearings are evidentiary unless, upon the Court's initiative or the written request of a party, the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witnesses and exhibits not later than two business days before the hearing on a contested matter.

Dated: March 24, 2026

**/s/ Shon Hastings**
Judge, U.S. Bankruptcy Court

Copy served electronically March 24, 2026 on Electronic mail list for Case No. 25−30154