**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30154 |
| | ) | Chapter 7 |
| Michael Dolbec, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Gene W. Doeling as Bankruptcy Trustee, | ) | **ADVERSARY COMPLAINT** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| O'Keeffe O'Brien Lyson Ltd., | ) | |
| | ) | |
| Defendant. | ) | Adversary No. 26-_____ |
| _____ | ) | |

Gene W. Doeling, as bankruptcy trustee, by and through his attorney, for his cause of action against the Defendant, O'Keeffe O'Brien Lyson Ltd., alleges as follows:

1.     This is an adversary proceeding brought pursuant to Bankruptcy Rule 7001, and § 547 and § 542 of Title 11 of the United States Code.

2.     Jurisdiction of this Court is based on 28 U.S.C. § 1334 in that it arises under Title 11 of the United States Code and constitutes a core proceeding as defined in Title 28 U.S.C. § 157(b)(2)(E) and (F).

3.     On April 18, 2025, the debtor, Michael Dolbec, filed a Chapter 7 bankruptcy petition in the District of North Dakota.  Gene Doeling is the duly appointed and acting trustee.

4.     The debtor entered into a representation agreement with O'Keeffe O'Brien Lyson Ltd. for legal services relating to a number of North Dakota state court claims he was facing.

5.     Defendant O'Keeffe O'Brien Lyson Ltd. is a professional corporation organized under the laws of the state of North Dakota with its principal place of business located in Fargo, ND.

6.      The Defendant was paid by the Debtor a retainer totaling $18,000 in two payments. One was made on or about December 19, 2024 in the amount of $10,000 and a second on April 17, 2025 in the amount of $8,000.

7.      On April 17, 2025, the day before the Debtor filed bankruptcy, the Defendant applied the retainer balance to antecedent debts the Debtor had incurred for legal services from December 2024 through April 2025.  This payment totaled $10,668.18 and was made within 90 days prior to the filing of the Debtor's bankruptcy petition.

8.      The payment allowed this creditor to receive more than such creditor would receive in a case under Chapter 7 of this title, had the transfer not been made, and the creditor received payment on such debt to the extent provided by the provisions of this title.

9.      The Debtor was insolvent during all times relative to this payment.

10.     As of the date the Debtor filed bankruptcy, April 17, 2025, there was a balance of $7,331.82 of the Debtor's funds remaining as a retainer with the Defendant.

11.     At the time the Debtor filed bankruptcy, the Defendant was in possession, custody, and control of the Debtor's funds on retainer with it.

12.     Despite demand of the trustee, the Defendant has failed to deliver the retainer balance to the trustee.

### COUNT I — PREFERENCE, 11 U.S.C. § 547

13.     The Plaintiff realleges paragraphs 1-12.

14.     The Defendant received transfers totaling $10,668.18 from the Debtor for its benefit, on account of an antecedent debt owed by the Debtor, made while the Debtor was insolvent, made within 90 days of the bankruptcy petition filing, that enabled the Defendant/creditor to receive more than it would have received had the transfer not been made and the Defendant/creditor had received

payment as contemplated by the Bankruptcy Code.  The Bankruptcy Trustee/Plaintiff is authorized to collect this transfer from the recipient/beneficiary.

### COUNT II — TURNOVER, 11 U.S.C. § 542

15.     The Plaintiff realleges paragraphs 1-14.

16.     The Defendant  was in possession of the Debtors funds on retainer in the amount of $7,331.82 at the time the Debtor filed bankruptcy.  Such funds are property of the bankruptcy estate and must be delivered to the trustee for administration.

WHEREFORE, Plaintiff respectfully requests that the Court enter a monetary judgment in favor of the Plaintiff against the Defendant in the amount of $18,000 and the Plaintiff be awarded his costs and disbursements of the action.

Dated:  April 2, 2026

/s/ *Patrick J. Sinner*
Patrick J. Sinner (ND # 08345)
Gene W. Doeling (ND # 05078)
KD Law, PLLP
Attorneys for Plaintiff
PO Box 9231
Fargo, ND  58106-9231
(701) 232-8757