## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:                                )    Bky. Case No.: 25-30154
                                      )    Chapter 7
Michael P. Dolbec,                     )
                                      )    **APPLICATION FOR**
                  Debtor.              )    **EMPLOYMENT OF AGENT**
                                      )

Gene W. Doeling, the trustee of the estate of the above-named debtor hereby applies for approval of employment of Bob Helbling d/b/a Helbling Auctioneers, LLC as an agent to pick up and sell the following nonexempt asset:

1.    Arctic Cat 500 with snowblade, estimated model year 2004

The terms and conditions of compensation are as follows: 15% commission on the gross sales price, $100 to pick up and transport the asset, a 15% K-bid buyer's premium capped at $1,500, a $50.00 doc fee, and any out-of-pocket costs for minor repairs.

Said professional has disclosed to the undersigned that he has the following connections with the debtor, creditors, and other parties-in-interest: None. I am not a creditor of the Debtor.

Dated:  April 2, 2026        .

                                      /s/ Gene W. Doeling
                                      Gene W. Doeling, Trustee

### 2014(a) RULE VERIFICATION

I, Bob Helbling of Helbling Auctioneers, LLC, 321 54th Street SE, Kindred ND 58051, the proposed professional named in the foregoing Report, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Dated: 4-1-2026               Signed: Bob Helbling
                                      Bob Helbling

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30154 |
| | ) | Chapter 7 |
| Michael P. Dolbec, | ) | |
| | ) | **NOTICE AND APPLICATION** |
| Debtor. | ) | **FOR EMPLOYMENT OF AGENT** |
| | ) | |

**NOTICE OF MOTION:** Your rights may be affected in this action.  You should read these papers carefully and discuss the matters with your attorney if you have one.  Any objections to this motion must be made within 14 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below.  Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 300 S. 4th Street | (See |
| 655 First Ave. N. – Suite 210 | Suite 1015 | address |
| Fargo, ND 58107-4932 | Minneapolis, MN  55415 | below) |

DATED:  April 2, 2026

/s/  Gene W. Doeling
Bankruptcy Trustee
P.O. Box 9231
Fargo, ND 58106-9231
(701) 232-8757

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30154 |
| | ) | Chapter 7 |
| Michael P. Dolbec, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Debtor. | ) | |
| | ) | |

  Gene W. Doeling of Fargo, ND, swears that on April 2, 2026, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

**NOTICE AND APPLICATION FOR EMPLOYMENT OF AGENT**

to the parties listed below:

Maurice VerStandig, on behalf of the debtor, mac@dakotabankruptcy.com

Christianna A. Cathcart, on behalf of the debtor, christianna@dakotabankruptcy.com

USTPRegion12.SX.ECF@usdoj.gov