**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30154 |
| | ) | Chapter 7 |
| Michael P. Dolbec, | ) | |
| | ) | **NOTICE AND MOTION FOR** |
| Debtor. | ) | **APPROVAL OF SALE OF PROPERTY** |
| | ) | |

Gene W. Doeling, the bankruptcy trustee in this case, requests that the Court approve the auction sale of the asset described below, to be conducted by Helbling Auctioneers on www.k-bid.com.

1.       Arctic Cat 500 with snowblade, estimated model year 2004

The auction shall run for a period of two weeks, beginning May 11, 2026 and ending on May 25, 2026.  The trustee has filed an application with the Court to employ Helbling Auctioneers, who shall receive 15% commission on the gross sales price, $100 to pick up and transport the asset, a 15% K-bid buyer's premium capped at $1,500, a $50.00 doc fee, and any out-of-pocket costs for minor repairs.   The asset is to be sold AS IS AND WHERE IS, with no warranties or representations. The trustee requests that he be authorized to pay these fees immediately upon completion of the sale.

The bankruptcy estate has determined that there will be no adverse tax consequences to the bankruptcy estate as a result of this sale.

**NOTICE OF MOTION:** Your rights may be affected in this action.  You should read these papers carefully and discuss the matters with your attorney if you have one.  Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below.  Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 300 S. 4th Street | (See |
| 655 First Ave. N. – Suite 210 | Suite 1015 | address |
| Fargo, ND 58107-4932 | Minneapolis, MN  55415 | below) |

DATED:  April 6, 2026

/s/  Gene W. Doeling
Gene W. Doeling
Bankruptcy Trustee
P.O. Box 9231
Fargo, ND 58106
(701) 232-8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

MICHAEL P DOLBEC

CASE NO: 25-30154

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7

On 4/6/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Approval of Sale of Property

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/6/2026

/s/ Gene W. Doeling
Gene W. Doeling  05078
Chapter 7 Panel Trustee
KD Law, PLLP
3429 Interstate Blvd. S.
Fargo, ND 58103
701-232-8757
heather@kdlawpartners.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

MICHAEL P DOLBEC

CASE NO: 25-30154

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 4/6/2026, a copy of the following documents, described below,

Notice and Motion for Approval of Sale of Property

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/6/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gene W. Doeling
KD Law, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-30154
DISTRICT OF NORTH DAKOTA
MON APR 6 11-7-30 PST 2026

EXCLUDE

(U)AMERICAN STATE BANK AND TRUST COMPANY OF WIL

BEACON SALES ACQUISITIONS  INC
9800 13TH AVE N
PLYMOUTH  MN 55441-5032

EXCLUDE

(U)GATE CITY BANK

NORTHWOODS LUMBER COMPANY
CO VOGEL LAW FIRM
218 NP AVENUE
FARGO  ND 58107 UNITED STATES 58102-4834

OFFICE OF STATE TAX COMMISSIONER
600 EAST BOULEVARD AVENUE
BISMARCK  ND 58505-0599

UNITED STATES TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320

EXCLUDE

US BANKRUPTCY COURT
655 1ST AVENUE NORTH  SUITE 210
FARGO  ND 58102-4932

ARROW SANITATION SVC  INC
PO BOX 188
TRENTON  ND 58853-0188

ABC SUPPLY CO  MBA 743
15631 COLLECTION CENTER
CHICAGO  IL 60693-0156

ABST LAW
POST OFFICE BOX 10247
FARGO  ND 58106-0247

ACA EXCAVATION
2714 11TH AVE W
WILLISTON  ND 58801-2944

ACE HARDWARE  FLOORING
10 EAST 26TH ST
WILLISTON  ND 58801-3046

ADVANCED BUSINESS METHODS
1515 13TH AVE E
WEST FARGO  ND 58078-3403

ADVANCED MARBLE  GRANITE
763 N RALSTIN ST
MERIDIAN  ID 83642-4079

AGRI INDUSTRIES INC
3105 2ND ST W
WILLISTON  ND 58801-6907

ALPINE ADVANCE 5  LLC
46 WASHINGTON STREET SUITE 6
MIDDLETOWN  CT 06457-2861

ALTUS RECEIVABLES MANAGEMENT
2121 AIRLINE DR SUITE 250
METAIRIE  LA 70001-5987

AMERICAN EXPRESS
PO BOX 360001
FORT LAUDERDALE  FL 33336-0001

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

AMERICAN STATE BANK  TRUST COMPANY
OF WILLISTON
CO RYAN W AMES
ZIMNEY FOSTER PC
3100 S COLUMBIA ROAD  STE 200
GRAND FORKS  ND 58201-6062

AMERICAN STATE BANK  TRUST COMPANY
OF WILLISTON
CO TRACY KENNEDY
ZIMNEY FOSTER PC
3100 S COLUMBIA ROAD  STE 200
GRAND FORKS  ND 58201-6062

AMERICAN STATE BANK  TRUST COMPANY OF WILLI
PO BOX 1446
WILLISTON  ND 58802-1446

AMEX
PO BOX 981540
EL PASO  TX 79998-1540

ANDRES FIBERGLASS  REFINISHING INC
5527 COUNTRY CREEK DR
BISMARCK  ND 58503-1525

AQUA PLUMBING
1226 MAIN STREET
WILLISTON  ND 58801-4235

ASHLEY  JOSE GONZALEZ
PO BOX 853
WATFORD CITY  ND 58854-0853

ASHLEY GONZALEZ AND JOSE GONZALEZ
107 MAIN STREET
WILLISTON  ND 58801-6018

(P)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

B  B INSULATION LLP
PO BOX 605
MINOT  ND 58702-0605


EXCLUDE

(D)BB INSULATION
PO BOX 605
MINOT  ND 58702-0605

BC CONCRETE
1502 WEST BROADWAY
WILLISTON ND 58801-5843

BAKKEN CARPET
514 4TH ST W
WILLISTON  ND 58801-5004


BANK OF AMERICA
PO BOX 25118
TAMPA  FL 33622-5118

BANK OF AMERICA  NA
PO BOX 673033
DALLAS  TX 75267-3033

BARKIE SERVICES
910 1ST AVE E
WILLISTON  ND 58801-5412


BASIN EQUIPMENT RENTAL
2150 S CENTRAL AVENUE
SIDNEY  MT 59270-5525

BEACON SALES ACQUISITIONS  INC
505 HUNTMAR PARK DR SUITE 300
HERNDON  VA 20170-5152

BEACON SALES ACQUISITIONS  INC
CO OLSON  BURNS PC
ATTN  RYAN G QUARNE
17 FIRST AVENUE SE
PO BOX 1180
MINOT  ND 58702-1180


BENNYS PAINTING
1108 6TH AVE E 10
WILLISTON  ND 58801-4480

BERGUSON  GULER LAW OFFICES  PC
125 SLATE DR SUITE 7
BISMARCK  ND 58503-6174

BERKOVITCH  BOUSKILA  PLLC
1545 US 202 SUITE 101
POMONA  NY 10970-2951


BERLY D NELSON
SERKLAND LAW FIRM
PO BOX 6017
FARGO  ND 58108-6017

BIG SKY INSPECTION SERVICES  LLC
PO BOX 1490
SIDNEY  MT 59270-1490

BIRKELAND PAINTING AND WOODFINISHING
PO BOX 1092
WILLISTON  ND 58802-1092


BLUENT
10685B HAZELHURST DRIVE SUITE 15071
HOUSTON  TX 77043-3238

BRADY MARTZ  ASSOCIATES
207 E BROADWAY AVE
BISMARCK  ND 58501-3843

BRADY  MARTZ AND ASSOCIATES  PC
207 E BROADWAY AVE PO BOX 1297
BISMARCK  ND 58502-1297


BRAVERA BANK
320 N 4TH ST
BISMARCK  ND 58501-4021

BUILDERS FIRSTSOURCE
PO BOX 74007036
CHICAGO  IL 60674-7036

CRF SOLUTIONS
2051 ROYAL AVE
PO BOX 1389
SIMI VALLEY  CA 93062-1389


CAPITAL ONE
ATTN REMITTANCE PROCESSING
PO BOX 60024
CITY OF INDUSTRY  CA 91716-0024

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE  NC  28272-1083

CEBULLA ELECTRIC
16865 331 AVE
HAMBURN  MN 55339-2039

CEBULLA ELECTRIC
16865 331 AVE
HAMBURG  MN 55339-2039

CHAPMAN LAW FIRM  PC
PO BOX 1920
WILLISTON  ND 58802-1920

CIRCLE T TRANSPORT  CONST INC
PO BOX 8315
WILLISTON  ND 58803-0528

COLLIN P POOLMAN
ATTORNEY AT LAW
218 NP AVENUE
PO BOX 1389
FARGO  ND 58107-1389

COPOPNEN CONSTRUCTION
14294 PAINTED WOODS DR
WILLISTON  ND 58801-9342

COYOTE PAINTING
2718 10TH AVE W
WILLISTON  ND 58801-2940

CREDIT BUREAU OF BISMARCK
4700 OTTAWA ST STE C
BISMARCK  ND 58503-2600

CULLEN INSULATION
202 15TH ST N
FARGO  ND 58102-4222

DAKOTA PRO LANDSCAPE SERVICES
PO BOX 817
WILLISTON  ND 58802-0817

DAKOTA PRO LANDSCAPE SERVICES  LLC
PO BOX 817
WILLISTON  ND 58802
WILLISTON  ND 58802-0817

DANS TIRE
PO BOX 67
WILLISTON  ND 58802-0067

DELTA ELECTRIC
3229 ROCK WAGON ST
WILLISTON  ND 58801-2615

DEPARTMENT OF TREASURY  INTERNAL REVENUE SE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

DRYWALL SUPPLY  INC
14235 42ND STREET NE
ST MICHAEL  MN 55376-9443

EKBLADS  INC (JON EKBLAD)
PO BOX 1345
WILLISTON  ND 58802-1345

(P)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

EYE SPY INSPECTIONS  LLC
14063 48TH ST NW
WILLISTON  ND 58801-8616

FABRICATORS UNLIMITED
828 NP AVE
FARGO  ND 58102-4920

FARROH ROOF
PO BOX 45
MINOT  ND 58702-0045

FEDEX
PO BOX 10306
PALATINE  IL 60055-0001

FEDER BUSINESS LAW FIRM
96 ANDOVER ROAD
JACKSON  NJ 08527-1223

FEDERAL DRYWALL  LLC
FERNANDO DURAN RAYAS
6332 W PURDUE AVE
GLENDALE  AZ 85302-2907

FERGUSON ENTERPRISES  INC
PO BOX 802817
CHICAGO  IL 60680-2817

FERNANDO DURAN RAYAS
6332 W PURDUE AVE
GLENDALE  AZ 85302-2907

FERRELLGAS
PO BOX 173940
DENVER  CO 80217-3940

FIREPLACE CENTER  INC
824 CENTRAL AVE
BILLINGS MT 59102-5846

(P)FIRST INTERNATIONAL BANK  TRUST
ATTN ATTN LEGAL
3001 25TH STREET SOUTH
FARGO ND 58103-6160

(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

FLOOR TO CEILING CARPET ONE
1516 I94 BUSINESS LOOP EAST
DICKINSON ND 58601-6435

G L TRANSPORT
5033 JACKSON ST
PO BOX 2104
WILLISTON ND 58802-2104

GATE CITY BANK
500 2ND AVE N
PO BOX 2847
FARGO ND 58108-2847

GATE CITY BANK
CO BERLY D NELSON
SERKLAND LAW FIRM
10 ROBERTS STREET NORTH
FARGO ND 58102-4982

GENE ROSENS LAW FIRM
200 GARDEN CITY PLAZA
SUITE 405
GARDEN CITY NY 11530-3338

GEORGE D FAGAN
LEAKE ANDERSSON LLP
1100 POYDRAS STREET SUITE 1700
NEW ORLEANS LA 70163-1701

HURLEY ENTERPRISES INC
PO BOX 385
FAIRVIEW MT 59221-0385

HARDSCAPES PLUS
PO BOX 7088
WILLISTON ND 58803-0377

HARDWARE RESOURCES
28093 NETWORK PLACE
CHICAGO IL 60673-1280

HARDWARE RESOURCES INC
4319 MARLENA STREET
BOSSIER CITY LA 71111-7503

HERC U LIFT
4347 12TH AVE N
FARGO ND 58102-2903

HERCULIFT
PO BOX 69
MAPLE PLAIN MN 55359-0069

HERITAGE PROPERTIES INC
116 ONE MADISON PLAZA
MADISON MS 39110-2025

HIREQUEST DIRECT
8639 EAGLE CREEK CIRCLE
SAVAGE MN 55378-4400

HORIZON RESOURCES
317 2ND ST W
WILLISTON ND 58801-5903

IHD SOLIDS MANAGEMENT LLC
PO BOX 95456
GRAPEVINE TX 76099-9700

IDAHO STATE TAX COMMISSIONER
11321 W CHINDEN BLVD
PO BOX 36
BOISE ID 83707-0036

~~EXCLUDE~~

INTEGRITY DOORS LLC
PO BOX 1044
BEACH ND 58621-1044

~~(D)INTEGRITY DOORS LLC~~
~~PO BOX 1044~~
~~BEACH ND 58621-1044~~

INTEGRITY HOME BUILDERS LLC
1505 45TH ST W APT 112
WILLISTON ND 58801-1932

INTERSTATE BILLING SERVICE INC
PO BOX 2250
DECATUR AL 35609-2250

INTERSTATE ENGINEERING
PO BOX 2035
JAMESTOWN ND 58402-2035

IRONHIDE EQUIPMENT
4419 WEST FRONT ST
WILLISTON ND 58801-8713

IRONHIDE EQUIPMENT
PO BOX 2208
DECATUR AL 35609-2208

JC FLOORING
4915 11TH AVE W 502
WILLISTON ND 58801-5366

JP MORGAN CHASE BANK CARD
PO BOX 15298
WILMINGTON DE 19850-5298

JP MORGAN CHASE BANK CARD
PO BOX 15369
WILMINGTON  DE 19850-5369

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
CO NATIONAL BANKRUPTCY SERVICES  LLC
PO BOX 9013
ADDISON  TEXAS 75001-9013

JEREMY A KLINGER
DRAHOS KIESON  CHRISTOPHER  PA
502 24TH ST NW
BEMIDJI  MN 56601-2407

K  B SALES
13343 53T WAY NW
WILLISTON  ND 58801-8848

KELLER SUPPLY COMPANY
3209 17TH AVE W
SEATTLE  WA 98119-1792

KEVIN  WENDY SHEPARDSON
W 4188 SCHMIDT RD
KAUKAUNA  WI 54130-8713

KEVIN AND WENDY SHEPARDSON
W4188 SCHMIDT RD
KAUKAUNA  WI 54130-8713

KITCHEN CABINET DISTRIBUTORS
2114 ATLANTIC AVENUE  STE 106
RALEIGH  NC 27604-1555

KNIFE RIVER CORPORATION
PO BOX 1334
ST CLOUD  MN 56302-1334

KNIFE RIVER CORPORATION
CO CAREN W STANLEY  VOGEL LAW FIRM
PO BOX 1389
FARGO  ND 58107-1389

KNIFE RIVER CORPORATION  BISMARCK
3303 ROCK ISLAND PLACE
BISMARCK  ND 58504-7709

KNIGHTSBRIDGE FUNDING  LLC
40 WALL ST STE 2903
NEW YORK  NY 10005-1383

KNOLL LEIBEL  LLP
1915 N KAVANEY DR SUITE 3
PO BOX 858
BISMARCK  ND 58502-0858

LNL SERVICES  LLC
1752 ROAD 2058
CULBERTSON  MT 59218-9310

LANMAR GROUP INC
4700 OTTAWA ST STE C
BISMARCK  ND 58503-2600

EXCLUDE

LAW OFFICE OF SELTZER  SELTZER  LC
130 S BEMISTON AVE SUITE 303
SAINT LOUIS  MO 63105-1913

LAW OFFICE OF THOMAS W SEVERIN
PO BOX 161
BISMARCK  ND 58502-0161

(U)LEXI HEIMDAL

LEXI HEIMDAL
1616 W 6TH ST APT 134
AUSTIN  TX 78703-5007

LORISSA RODRIQUEZ
5475 FRESHWATER LANE
WILLISTON  ND 58801-9289

MBS TRUSS CO
SODERSTROM LAW  PC
1611 GLACIAL DR
MINOT  ND 58703-1224

MINOT LUMBER  HARDWARE  INC
PO BOX 1147
MINOT  ND 58702-1147

MARSHALL D HOGUE
6811 27TH AVE
MINOT  ND 58703-8849

MATTHEW KVANDE
7369 128TH AVE NW
ALAMO  ND 58830

(P)MCCARTHY  BURGESS  WOLFF
26000 CANNON RD
CLEVELAND OH 44146-1807

MCCODY
14021 HIGHWAY 2
PO BOX 4005
WILLISTON  ND 58802-4005

MCCODY CONCRETE
PO BOX 4005
WILLISTON  ND 58802-4005

MELTON NORCROSS ASSOCIATES LLC
2591 DALLAS PARKWAY SUITE 300
FRISCO TX 75034-8563

MIDWAY MACHINING
1724 40TH AVE SE
MANDAN ND 58554-4664

MILLAS PAINTING LLC
5957 S ODESSA CIR
CENTENNIAL CO 80015-3533

MONDAK HARDWARE
PO BOX 2386
WILLISTON ND 58802-2386

MONDAK PORTABLES
PO BOX 397
WILLISTON ND 58802-0397

MONTANA DAKOTA UTILITIES
PO BOX 5600
BISMARCK ND 58506-5600

MONTANA STATE FUND
PO BOX 31477
BILLINGS MT 59107-1477

MONTGOMERY PENDER PC
5630 34TH AVE S SUITE 120
FARGO ND 58104-7885

(P)MORGAN COHEN BACH
7225 N MONA LISA RD STE 200
TUCSON AZ 85741-2598

ND OFFICE OF STATE TAX COMMISSIONER
600 E BOULEVARD AVENUE
DEPARTMENT 127
BISMARCK ND 58505-0552

NELSON CONTRACTING LLC
1504 12TH ST NE
WATFORD CITY ND 58854-7013

NEW SKYLINE CONSTRUCTION LLC
PO BOX 8474
WILLISTON ND 58803-0557

NEWCO CAPITAL GROUP
90 BROAD ST
NEW YORK NJ 10004-2205

NEWMAN OUTDOOR ADVERTISING
PO BOX 1728
JAMESTOWN ND 58402-1728

NEWMAN SIGNS INC
1606 6TH AVE SW
JAMESTOWN ND 58401-5328

NISSWA CABINETS LLC
25314 E CLARK LAKE RD
NISSWA MN 56468-2814

NORTH DAKOTA ONE CALL
7223 PARKWAY DRIVE STE 210
HANOVER ND 21076-1392

NORTHERN SHIELD LLC
1533 49TH ST
WILLISTON ND 58801-1911

NORTHWOODS LUMBER CO
PO BOX 130
BLACKDUCK MN 56630-0130

NORTHWOODS LUMBER COMPANY
CO DARYL LUNDBERG
25778 HWY 71
BLACKDUCK MN 56630

NORTHWOODS LUMBER COMPANY
CO KESHA L TANABE
VOGEL LAW FIRM
218 NP AVENUE
PO BOX 1389
FARGO ND 58107-1389

OKEEFFE OBRIEN AND LYSON
720 MAIN AVENUE SOUTH
FARGO ND 58103-1807

OLSON AND BURNS PC
PO BOX 1180
MINOT ND 58702-1180

ORTEGA CONSTRUCTION
4330 STEELE ST
DENVER CO 80216-4154

PADDLEFISH PARTNERS II LLP
5492 SWEETCLOVER LN
WILLISTON ND 58801-8955

PATRICK J SINNER
KD LAW PLLP
PO BOX 9231
FARGO ND 58106-9231

PATRICK J SINNER
KD LAW PLLP
PO BOX 9231
FARGO ND 58106-9231

PERFORMANCE SPRAY FOAM SOLUTIONS
1420 104TH ST W
WILLISTON  ND 58801-9247

POLYPRO LLC
955 YUKON DRIVE
BISMARCK  ND 58503-6827

PRAIRIE SUPPLY
PO BOX 118
WEST FARGO  ND 58078-0118

PRO IT
PO BOX 28
WILLISTON  ND 58802-0028

PROGRESSIVE
DEPT 0561
CAROL STREAM  IL 60132-0561

RMC CONCRETE  LLC
16852 PORTNER ROAD
NAMPA  ID 83651-8000

RAUCH RESOURCES  LLC
1027 S WELO ST
TIOGA  ND 58852-7310

REGAL LAND DEVELOPMENT  ND  LLC
PO BOX 80445
BILLINGS  MT 59108-0445

RIVER RANCH
CO GSTYLE TRANSPORT  LLC
PO BOX 2104
WILLISTON  ND 58802-2104

(P)RODENBURG LAW FIRM
PO BOX 2427
FARGO ND 58108-2427

RODRIGUEZ FLOORING
8625 W CHICKSAW ST
TOLLESON  AZ 85353-8937

RUACH RESOURCES  LLC
CO SCHWAB THOMPSON  FRISK
820 34TH AVENUE EAST  STE 200
WEST FARGO  ND 58078-7991

RYAN G QUARNE
17 FIRST AVENUE SE
MINOT  ND 58701-3960

SRS BUILDING PRODUCTS
16687 COLLECTION CENTER DR
CHICAGO  IL 60693-0166

SRS BUILDING PRODUCTS  BISMARCK
1600 INDUSTRIAL DRIVE
BISMARCK  ND 58501-3325

SAMSON FUNDING  INC
120 E PALMETTO PARK RD
BOCA RATON  FL 33432-4835

SAMURAI CONCRETE  LLC
3602 LONG BRANCH AVE
WILLISTON  ND 58801-2985

SCHWAB THOMPSON  FRISK
820 34TH AVE E STE 200
WEST FARGO  ND 58078-7991

SCHWEGERT KLEMIN  MCBRIDE  PC
116 N SECOND STREET
PO BOX 955
BISMARCK  ND 58502-0955

SCOTTSDALE INSURANCENATIONWIDE
18700 NORTH HAYDEN ROAD  SUITE 150
SCOTTSDALE  AZ 85255-6743

SEVERSON  WOGSLAND  LIEBL  PC
4627 44TH AVE S  STE 108
FARGO  ND 58104-4473

SHERWINWILLIAMS
2112 4TH AVENUE W
WILLISTON  ND 58801-3423

SIDNEY REDE MIX  INC
206 10TH AVE SE
SIDNEY  MT 59270-3700

SILVERLINE SERVICES  INC
265 SUNRISE HWY STE 236
ROCKVILLE CENTRE  NY 11570-4912

SILVERLINE SERVICES  INC
55 WATER ST 50TH FL
NEW YORK  NY 10041-3203

SMART CHOICE EXTERIORS
3112 ALBERT ST
BELLEVUE  NE 68147-1963

STATE OF NORTH DAKOTA
OFFICE OF ATTORNEY GENERAL
600 E BOULEVARD AVE DEPT 127
BISMARCK  ND 58505-0040

STEVENS EQUIPMENT SUPPLY
PO BOX 650982
DALLAS  TX 75265-0982

STORBAKKEN  SONS CONSTRUCTION  INC
1906 44TH ST W
WILLISTON  ND 58801-1904

SUNDRE SAND  GRAVEL  INC
6220 37TH AVE SE
MINOT  ND 58701-8004

TRIVON LLC
1265 DONNA LANE
DICKINSON  ND 58601-8347

TSC SERVICES  LLC
2501 24TH AVE W APT 112
WILLISTON  ND 58801-2533

TAISON WRIGHT
5467 FRESHWATER LANE
WILLISTON  ND 58801-9289

TAYLOR D OLSON
107 MAIN STREET
WILLISTON  ND 58801-6018

TAYLOR D OLSON
FURUSETH OLSON  EVERT  PC
PO BOX 417
WILLISTON  ND 58802-0417

THOMAS E KALIL
KALIL LAW FIRM  PLLC
PO BOX 2355
WILLISTON  ND 58802-2355

THOMAS E KALIL
PO BOX 2355
WILLISTON  ND 58802-2355

TOPLINE RECOVERY
1078 SUMMIT AVE 104
JERSEY CITY  NJ 07307-3438

TRACTOR  EQUIPMENT CO
1835 HARNISH BLVD
BILLINGS  MT 59101-6293

TRAILER  TRUCK EQUIPMENT OF WILLISTON
13356 56TH ST NW
WILLISTON  ND 58801-8993

TROY VEGA
13693 HAWTHORN LOOP
WILLISTON  ND 58801-9150

TROY VEGA
13693 HAWTHORN LOOP NW
WILLISTON  ND 58801-9150

UNITED STATES ATTORNEY
655 1ST AVE N STE 250
FARGO  ND 58102-4932

VERIZON
BY AIS INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON  TX  77210-4457

VERIZON WIRELESS
500 TECHNOLOGY DR
SUITE 500
WELDON SPRING  MO 63304-2225

VOCELLA INC  COMMUNITY SHOPPER
PO BOX 389
WILLISTON  ND 58802-0389

(P)VOGEL LAW FIRM
ATTN CAREN STANLEY
PO BOX 1389
FARGO ND 58107-1389

WELLS FARGO BANK
ATTENTION BANKRUPTCY
PO BOX 10438
DES MOINES  IA 50306-0438

WELLS FARGO BANK  NA
WELLS FARGO CARD SERVICES
PO BOX 10438  MAC F8235-02F
DES MOINES  IA 50306-0438

WESTERN AREA BUILDERS ASSOC
PO BOX 1825
WILLISTON  ND 58802-1825

WESTWOOD FUNDING
515 E LAS OLAS BLVD
SUITE 1600
FORT LAUDERDALE  FL 33301-2282

WEX
1 HANCOCK STREET
PORTLAND  ME 04101-4217

WHITETAIL HEATING  COOLING  INC
5058 133RD AVE NW
WILLISTON  ND 58801-9255

WILLISTON ROTARY CLUB
PO BOX 330
WILLISTON  ND 58802-0330

WINDSONG CONTRACTING  LLC
PO BOX 11244
WILLISTON  ND 58803-0041

WOODMERE CAPITAL  LLC
16 EMPIRE BLVD
NANUET  NY 10954

WOODMERE CAPITAL  LLC
609 BARNARD AVE
WOODMERE  NY 11598-2709

ZACHARY HAASE
6553 120TH AVE NW
PO BOX 727
RAY  ND 58849-0727

ZIMNEY FOSTER  PC
3100 S COLUMBIA RD SUITE 200
GRAND FORKS  ND 58201-6062

EXCLUDE

CHRISTIANNA A CATHCART
THE DAKOTA BANKRUPTCY FIRM
1630 FIRST AVE N
STE B PMB 24
FARGO  ND 58102-4246

EXCLUDE

GENE W DOELING
BANKRUPTCY TRUSTEE
3429 INTERSTATE BLVD S
PO BOX 9231
FARGO  ND 58106-9231

EXCLUDE

MAURICE VERSTANDIG
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N
SUITE B PMB 24
FARGO  ND 58102-4246

DEBTOR

MICHAEL P DOLBEC
503 GREENFIELD LN
BISMARCK  ND 58503-8252