**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30154 |
| | ) | Chapter 7 |
| Michael P. Dolbec, | ) | |
| | ) | **MOTION TO EXTEND TIME TO** |
| Debtor. | ) | **OBJECT TO DEBTOR'S DISCHARGE** |
| | ) | **WITH NOTICE** |

Gene W. Doeling, the bankruptcy trustee, respectfully requests that the Court issue an order extending the deadline for the trustee to object to the debtor's discharge. The debtor has agreed to pay the bankruptcy estate $3,567 in nonexempt cash; however, these funds have not yet been received by the bankruptcy estate. The debtor's discharge should be delayed until the nonexempt cash has been turned over to the trustee.

The existing deadline to object to discharge is April 16, 2026 and the trustee respectfully requests that the Court extend the deadline approximately 30 days to May 18, 2026.

**NOTICE OF MOTION:** You are hereby notified that the Bankruptcy Trustee has made a Motion to Extend the Deadline to Object to Debtor's Discharge. Any objection to that motion must be filed with the Clerk of Bankruptcy Court and served upon the Bankruptcy Trustee not later than fourteen days from this date. If you fail to object within this time frame, the Court may assume that you do not oppose this Motion and will act on it accordingly.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 300 S. 4th Street | (See |
| 655 First Ave. N. – Suite 210 | Suite 1015 | address |
| Fargo, ND 58107-4932 | Minneapolis, MN  55415 | below) |

DATED:  <u>April 15, 2026</u>

<u>/s/ Gene W. Doeling</u>
Gene W. Doeling
Bankruptcy Trustee
P.O. Box 9231
Fargo, ND 58106-9231
(701) 232-8757

## **VERIFICATION**

I, Gene W. Doeling, the bankruptcy trustee for the Michael Dolbec bankruptcy, under the laws of the United States state that the foregoing is true and correct according to the best of my knowledge.

Dated this 15th day of April, 2026.

/s/ Gene W. Doeling
Gene W. Doeling

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30154 |
| | ) | Chapter 7 |
| Michael P. Dolbec, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Debtor. | ) | |
| | ) | |

     Gene W. Doeling of Fargo, ND, swears that on April 15, 2026, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

**MOTION TO EXTEND TIME TO OBJECT TO DEBTOR'S DISCHARGE**
**WITH NOTICE**

to the parties listed below:

Michael P. Dolbec
503 Greenfield Ln
Bismarck, ND  58503

Maurice VerStandig, on behalf of the debtor, mac@dakotabankruptcy.com
Christianna Cathcart, on behalf of the debtor, christianna@dakotabankruptcy.com

U.S. Trustee, USTPRegion12.SX.ECF@usdoj.gov


                       /s/  Gene W. Doeling
                          Gene W. Doeling