**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:                                                    Bky. Case No. 25-30154
                                                          Chapter 7
Michael P. Dolbec,
                                                          **ORDER**

　　　　　　　Debtor.

_____/

On April 6, 2026, the Bankruptcy Trustee filed a Motion for Approval of Sale of Property, seeking court approval to sell a snowblade at an auction sale and authorization to pay auctioneer fees.  Doc. 71.  The Bankruptcy Trustee served the motion and notice on all creditors. The Court received no objections.  Based on the information provided by the Bankruptcy Trustee and documents filed in this case, the Court finds that the proposed sale is fair and reasonable and in the best interests of the bankruptcy estate.

Therefore, IT IS ORDERED that the Motion for Sale of Property is GRANTED.  The Trustee is authorized to sell the bankruptcy estate's interest in a Arctic Cat 500 with snowblade, estimated model year 2004.

The Bankruptcy Trustee is also authorized to deliver title and execute other documents necessary to effectively sell the asset and convey title to the purchaser at the sale.  Additionally, the Bankruptcy Trustee may pay the auctioneers fees and costs of the sale at the conclusion of the auction.  Upon completion of the sale, the Bankruptcy Trustee shall file a Report of Sale.

Dated this 28th day of April, 2026.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court