United States Bankruptcy Court

District of North Dakota

| | |
|---|---|
| In re: | Case No. 25-30154-skh |
| Michael P. Dolbec | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 7 |
| Date Rcvd: Jun 30, 2026 | Form ID: 318 | Total Noticed: 210 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Michael P. Dolbec, 503 Greenfield Ln, Bismarck, ND 58503-8252 |
| cr | + | Beacon Sales Acquisitions, Inc., 9800 13th Ave N, Plymouth, MN 55441-5032 |
| auc | | Bob Helbling, Helbling Auctioneers LLC, 321 54th Street SE, Kindred, ND 58051 |
| cr | + | Northwoods Lumber Company, c/o Vogel Law Firm, 218 NP Avenue, Fargo, ND 58107, UNITED STATES 58102-4834 |
| 1113802 | + | A-rrow Sanitation Svc, Inc., PO Box 188, Trenton, ND 58853-0188 |
| 1114424 | | ABC Supply CO - MBA #743, 15631 Collection Center, Chicago, IL 60693-0156 |
| 1113803 | | ABST Law, Post Office Box 10247, Fargo, ND 58106-0247 |
| 1113804 | + | ACA Excavation, 2714 11th Ave W, Williston, ND 58801-2944 |
| 1113805 | + | Ace Hardware & Flooring, 10 East 26th ST, Williston, ND 58801-3046 |
| 1113806 | + | Advanced Business Methods, 1515 13th Ave E, West Fargo, ND 58078-3403 |
| 1113807 | + | Advanced Marble & Granite, 763 N. Ralstin St., Meridian, ID 83642-4079 |
| 1113808 | + | Agri Industries Inc., 3105 2nd St. W., Williston, ND 58801-6907 |
| 1113809 | | Alpine Advance 5, LLC, 46 Washington Street Suite 6, Middletown, CT 06457-2861 |
| 1114361 | + | American State Bank & Trust Company, of Williston, c/o Ryan W. Ames, Zimney Foster P.C., 3100 S. Columbia Road, Ste. 200 Grand Forks, ND 58201-6062 |
| 1114421 | + | American State Bank & Trust Company, of Williston, c/o Tracy Kennedy, Zimney Foster P.C., 3100 S. Columbia Road, Ste. 200 Grand Forks, ND 58201-6062 |
| 1113812 | + | American State Bank & Trust Company of Willis, PO Box 1446, Williston, ND 58802-1446 |
| 1113814 | + | Andres Fiberglass & Refinishing Inc., 5527 Country Creek Dr, Bismarck, ND 58503-1525 |
| 1113816 | + | Ashley & Jose Gonzalez, PO Box 853, Watford City, ND 58854-0853 |
| 1118470 | + | Ashley Gonzalez and Jose Gonzalez, 107 Main Street, Williston, ND 58801-6018 |
| 1113817 | + | B&B Insulation, PO BOX 605, Minot, ND 58702-0605 |
| 1113818 | + | B&C Concrete, 1502 West Broadway, Williston, ND 58801-5843 |
| 1113819 | + | BAKKEN Carpet, 514 4Th st W, Williston, ND 58801-5004 |
| 1113821 | + | Barkie Services, 910 1st Ave E, Williston, ND 58801-5412 |
| 1113822 | + | Basin Equipment Rental, 2150 S. Central Avenue, Sidney, MT 59270-5525 |
| 1113823 | + | Beacon Sales Acquisitions, Inc., 505 Huntmar Park Dr. Suite 300, Herndon, VA 20170-5152 |
| 1116587 | | Beacon Sales Acquisitions, Inc., c/o Olson & Burns PC, Attn: Ryan G. Quarne, 17 First Avenue SE, PO Box 1180 Minot, ND 58702-1180 |
| 1113824 | + | Benny's Painting, 1108 6th Ave E #10, Williston, ND 58801-4480 |
| 1114425 | + | Berguson & Guler Law Offices, P.C., 125 Slate Dr Suite 7, Bismarck, ND 58503-6174 |
| 1113826 | | Berly D. Nelson, Serkland Law Firm, PO Box 6017, Fargo, ND 58108-6017 |
| 1113827 | + | Big Sky Inspection Services, LLC, PO Box 1490, Sidney, MT 59270-1490 |
| 1113828 | + | Birkeland Painting and Woodfinishing, P.O. Box 1092, Williston, ND 58802-1092 |
| 1113829 | + | BluEnt, 10685-B Hazelhurst Drive Suite 15071, Houston, TX 77043-3238 |
| 1113830 | + | Brady Martz & Associates, 207 E. Broadway Ave., Bismarck, ND 58501-3843 |
| 1113831 | | Brady, Martz and Associates, P.C., 207 E Broadway Ave PO Box 1297, Bismarck, ND 58502-1297 |
| 1113832 | + | Bravera Bank, 320 N. 4th St., Bismarck, ND 58501-4021 |
| 1113833 | | Builders FirstSource, P.O. Box 74007036, Chicago, IL 60674-7036 |
| 1113840 | + | CRF Solutions, 2051 Royal Ave, PO Box 1389, Simi Valley, CA 93062-1389 |
| 1113835 | + | Cebulla Electric, 16865 331 Ave, Hamburn, MN 55339-2039 |
| 1113836 | + | Cebulla Electric, 16865 331 Ave., Hamburg, MN 55339-2039 |

District/off: 0868-3                    User: admin                                Page 2 of 7
Date Rcvd: Jun 30, 2026                 Form ID: 318                         Total Noticed: 210

| | | |
|---|---|---|
| 1113837 | | Chapman Law Firm, PC, PO Box 1920, Williston, ND 58802-1920 |
| 1113838 | + | Circle T Transport & Const. Inc., PO Box 8315, Williston, ND 58803-0528 |
| 1117556 | | Collin P. Poolman, Attorney At Law, 218 NP Avenue, PO Box 1389, Fargo, ND 58107-1389 |
| 1114426 | + | Copopnen Construction, 14294 Painted Woods Dr., Williston, ND 58801-9342 |
| 1114427 | + | Coyote Painting, 2718 10th Ave. W., Williston, ND 58801-2940 |
| 1113839 | + | Credit Bureau of Bismarck, 4700 Ottawa St. Ste. C, Bismarck, ND 58503-2600 |
| 1113841 | + | Cullen Insulation, 202 15th St N, Fargo, ND 58102-4222 |
| 1113842 | + | Dakota Pro Landscape Services, PO Box 817, Williston, ND 58802-0817 |
| 1116618 | + | Dakota Pro Landscape Services, LLC, PO Box 817, Williston, ND 58802, Williston, ND 58802-0817 |
| 1113843 | + | Dan's Tire, PO Box 67, Williston, ND 58802-0067 |
| 1113844 | + | Delta Electric, 3229 Rock Wagon St, Williston, ND 58801-2615 |
| 1113845 | + | Drywall Supply, Inc., 14235 42nd Street NE, St. Michael, MN 55376-9443 |
| 1113846 | + | Ekblads, Inc (Jon Ekblad), PO Box 1345, Williston, ND 58802-1345 |
| 1114429 | + | Eye Spy Inspections, LLC, 14063 48th St. NW, Williston, ND 58801-8616 |
| 1113847 | + | Fabricators Unlimited, 828 N.P. Ave, Fargo, ND 58102-4920 |
| 1113848 | + | Farroh Roof, P.O. Box 45, Minot, ND 58702-0045 |
| 1113849 | | Feder Business Law Firm, 96 Andover Road, Jackson, NJ 08527-1223 |
| 1114430 | + | Federal Drywall, LLC, Fernando Duran Rayas, 6332 W. Purdue Ave., Glendale, AZ 85302-2907 |
| 1113850 | | Ferguson Enterprises, Inc., PO Box 802817, Chicago, IL 60680-2817 |
| 1113851 | + | Fernando Duran Rayas, 6332 W Purdue Ave, Glendale, AZ 85302-2907 |
| 1113852 | | Ferrellgas, PO Box 173940, Denver, CO 80217-3940 |
| 1113853 | + | Fireplace Center, Inc., 824 Central Ave, Billings, MT 59102-5846 |
| 1113856 | + | Floor To Ceiling Carpet One, 1516 I-94 Business Loop East, Dickinson, ND 58601-6435 |
| 1114432 | + | G & L Transport, 5033 Jackson St., PO Box 2104, Williston, ND 58802-2104 |
| 1114669 | | Gate City Bank, c/o Berly D. Nelson, SERKLAND LAW FIRM, 10 Roberts Street North, Fargo, ND 58102-4982 |
| 1113858 | + | Gene Rosen's Law Firm, 200 Garden City Plaza, Suite 405, Garden City, NY 11530-3338 |
| 1115436 | + | George D. Fagan, Leake Andersson LLP, 1100 Poydras Street, Suite 1700, New Orleans, LA 70163-1701 |
| 1113866 | + | HURLEY ENTERPRISES, INC, PO BOX 385, Fairview, MT 59221-0385 |
| 1113859 | + | Hardscapes Plus, PO Box 7088, Williston, ND 58803-0377 |
| 1113861 | + | Herc U Lift, 4347 12th Ave N, Fargo, ND 58102-2903 |
| 1113862 | + | Herc-U-Lift, PO Box 69, Maple Plain, MN 55359-0069 |
| 1113863 | + | Heritage Properties, Inc., 116 One Madison Plaza, Madison, MS 39110-2025 |
| 1113864 | + | HireQuest Direct, 8639 Eagle Creek Circle, Savage, MN 55378-4400 |
| 1113865 | + | Horizon Resources, 317 2nd ST W, Williston, ND 58801-5903 |
| 1113868 | + | IHD Solids Management LLC, PO Box 95456, Grapevine, TX 76099-9700 |
| 1113869 | + | Integrity Doors LLC, P.O. Box 1044, Beach, ND 58621-1044 |
| 1114433 | + | Integrity Home Builders, LLC, 1505 45th St. W. Apt. 112, Williston, ND 58801-1932 |
| 1117247 | + | Interstate Billing Service, Inc., PO Box 2250, Decatur, AL 35609-2250 |
| 1113871 | + | Interstate Engineering, PO Box 2035, Jamestown, ND 58402-2035 |
| 1113872 | + | Ironhide Equipment, PO Box 2208, Decatur, AL 35609-2208 |
| 1113873 | + | Ironhide Equipment, 4419 West Front St, Williston, ND 58801-8713 |
| 1113874 | + | J&C Flooring, 4915 11th Ave W #502, Williston, ND 58801-5366 |
| 1113875 | + | Jeremy A. Klinger, Drahos Kieson & Christopher, P.A., 502 24th St. NW, Bemidji, MN 56601-2407 |
| 1114434 | + | K & B Sales, 13343 53T Way NW, Williston, ND 58801-8848 |
| 1113878 | + | Keller Supply Company, 3209 17th Ave. W, Seattle, WA 98119-1792 |
| 1113879 | + | Kevin & Wendy Shepardson, W 4188 Schmidt Rd., Kaukauna, WI 54130-8713 |
| 1115433 | | Kevin and Wendy Shepardson, W4188 Schmidt Rd, Kaukauna, WI 54130-8713 |
| 1113881 | | Knife River Corporation, PO Box 1334, St Cloud, MN 56302-1334 |
| 1113882 | + | Knife River Corporation - Bismarck, 3303 Rock Island Place, Bismarck, ND 58504-7709 |
| 1113883 | #+ | Knightsbridge Funding, LLC, 40 Wall St. Ste 2903, New York, NY 10005-1383 |
| 1113884 | | Knoll Leibel, LLP, 1915 N. Kavaney Dr. Suite 3, PO Box 858, Bismarck, ND 58502-0858 |
| 1113889 | + | LNL Services, LLC, 1752 Road 2058, Culbertson, MT 59218-9310 |
| 1113885 | + | Lanmar Group Inc., 4700 Ottawa St. Ste. C, Bismarck, ND 58503-2600 |
| 1113886 | | Law Office of Seltzer & Seltzer, L.C., 130 S. Bemiston Ave. Suite 303, Saint Louis, MO 63105-1913 |
| 1113887 | | Law Office of Thomas W. Severin, PO Box 161, Bismarck, ND 58502-0161 |
| 1113892 | + | MBS Truss Co., Soderstrom Law, P.C., 1611 Glacial Dr., Minot, ND 58703-1224 |
| 1113898 | + | MINOT LUMBER & HARDWARE, INC, PO BOX 1147, Minot, ND 58702-1147 |
| 1113890 | + | Marshall D. Hogue, 6811 27th Ave., Minot, ND 58703-8849 |
| 1113891 | | Matthew Kvande, 7369 128th Ave. NW, Alamo, ND 58830 |
| 1113894 | | McCody, 14021 Highway 2, PO Box 4005, Williston, ND 58802-4005 |
| 1113896 | + | Melton Norcross & Associates, LLC, 2591 Dallas Parkway Suite 300, Frisco, TX 75034-8563 |
| 1114438 | + | Midway Machining, 1724 40th Ave. SE, Mandan, ND 58554-4664 |
| 1113897 | + | Millas Painting LLC, 5957 S Odessa Cir, Centennial, CO 80015-3533 |

District/off: 0868-3
User: admin
Page 3 of 7

Date Rcvd: Jun 30, 2026
Form ID: 318
Total Noticed: 210

| 1113899 | | MonDak Hardware, PO Box 2386, Williston, ND 58802-2386 |
|---|---|---|
| 1113900 | | MonDak Portables, PO Box 397, Williston, ND 58802-0397 |
| 1113902 | | Montana State Fund, PO Box 31477, Billings, MT 59107-1477 |
| 1113903 | + | Montgomery & Pender, PC, 5630 34th Ave. S. Suite 120, Fargo, ND 58104-7885 |
| 1113905 | | Nelson Contracting, LLC, 1504 12th ST NE, Watford City, ND 58854-7013 |
| 1113906 | + | New Skyline Construction, LLC, PO Box 8474, Williston, ND 58803-0557 |
| 1113907 | + | NewCo. Capital Group, 90 Broad St., New York, NJ 10004-2205 |
| 1113908 | + | Newman Outdoor Advertising, PO Box 1728, Jamestown, ND 58402-1728 |
| 1119166 | + | Newman Signs, Inc., 1606 6th Ave SW, Jamestown, ND 58401-5328 |
| 1113909 | + | Nisswa Cabinets LLC, 25314 E Clark Lake Rd, Nisswa, MN 56468-2814 |
| 1113910 | + | North Dakota One Call, 7223 Parkway Drive, Ste 210, Hanover, ND 21076-1392 |
| 1113911 | + | Northern Shield LLC, 1533 49th St, Williston, ND 58801-1911 |
| 1113912 | + | Northwoods Lumber Co., P.O. Box 130, Blackduck, MN 56630-0130 |
| 1116834 | | Northwoods Lumber Company, c/o Kesha L. Tanabe, Vogel Law Firm, 218 NP Avenue, PO Box 1389 Fargo, ND 58107-1389 |
| 1117691 | | Northwoods Lumber Company, c/o Daryl Lundberg, 25778 Hwy 71, Blackduck, MN 56630 |
| 1113913 | + | O'Keeffe, O'Brien and Lyson, 720 Main Avenue South, Fargo, ND 58103-1807 |
| 1113915 | | Olson and Burns, P.C., PO Box 1180, Minot, ND 58702-1180 |
| 1113916 | + | Ortega Construction, 4330 Steele St., Denver, CO 80216-4154 |
| 1114439 | + | Paddlefish Partners II, LLP, 5492 Sweetclover Ln, Williston, ND 58801-8955 |
| 1129494 | + | Patrick J. Sinner, KD Law, PLLP, PO Box 9231, Fargo, ND 58106-9231 |
| 1128569 | + | Patrick J. Sinner, KD Law, PLLP, PO Box 9231, Fargo, ND 58106, patrick@kdlawpartners.com 58106-9231 |
| 1113917 | + | Performance Spray Foam Solutions, 1420 104th St. W, Williston, ND 58801-9247 |
| 1113918 | + | PolyPro LLC, 955 Yukon Drive, Bismarck, ND 58503-6827 |
| 1113919 | + | Prairie Supply, PO Box 118, West Fargo, ND 58078-0118 |
| 1113920 | | Pro IT, P.O. Box 28, Williston, ND 58802-0028 |
| 1113924 | + | RMC Concrete, LLC, 16852 Portner Road, Nampa, ID 83651-8000 |
| 1113922 | + | Rauch Resources, LLC, 1027 S. Welo St., Tioga, ND 58852-7310 |
| 1113923 | + | Regal Land Development, ND, LLC, PO Box 80445, Billings, MT 59108-0445 |
| 1114440 | + | River Ranch, C/O G-Style Transport, LLC, PO Box 2104, Williston, ND 58802-2104 |
| 1113926 | + | Rodriguez Flooring, 8625 W Chicksaw St, Tolleson, AZ 85353-8937 |
| 1119141 | + | Ruach Resources, LLC, c/o Schwab Thompson & Frisk, 820 34th Avenue East, Ste. 200, West Fargo, ND 58078-7991 |
| 1117478 | + | Ryan G. Quarne, 17 First Avenue S.E., Minot, ND 58701-3960 |
| 1113937 | + | SRS Building Products, 16687 Collection Center Dr., Chicago, IL 60693-0166 |
| 1113938 | + | SRS Building Products - Bismarck, 1600 Industrial Drive, Bismarck, ND 58501-3325 |
| 1113927 | + | Samson Funding, Inc., 120 E. Palmetto Park Rd., Boca Raton, FL 33432-4835 |
| 1114441 | + | Samurai Concrete, LLC, 3602 Long Branch Ave., Williston, ND 58801-2985 |
| 1113928 | | Schwab Thompson & Frisk, 820 34th Ave. E. Ste 200, West Fargo, ND 58078-7991 |
| 1113929 | | Schwegert Klemin & McBride, P.C., 116 N. Second Street, PO Box 955, Bismarck, ND 58502-0955 |
| 1113930 | + | Scottsdale Insurance/Nationwide, 18700 North Hayden Road, Suite 150, Scottsdale, AZ 85255-6743 |
| 1113931 | + | Severson, Wogsland & Liebl, PC, 4627 44th Ave S., Ste. 108, Fargo, ND 58104-4473 |
| 1113932 | | Sherwin-Williams, 2112 4th Avenue W, Williston, ND 58801-3423 |
| 1113933 | + | Sidney Red-E Mix, Inc, 206 10th Ave SE, Sidney, MT 59270-3700 |
| 1113934 | + | Silverline Services, Inc., 55 Water St. 50th Fl., New York, NY 10041-3203 |
| 1113935 | | Silverline Services, Inc., 265 Sunrise Hwy Ste 236, Rockville Centre, NY 11570-4912 |
| 1113936 | + | Smart Choice Exteriors, 3112 Albert St, Bellevue, NE 68147-1963 |
| 1113939 | | State of North Dakota, Office of Attorney General, 600 E. Boulevard Ave. Dept. 127, Bismarck, ND 58505-0040 |
| 1113940 | | Steven's Equipment Supply, PO Box 650982, Dallas, TX 75265-0982 |
| 1113941 | #+ | Storbakken & Sons Construction, Inc., 1906 44th St W, Williston, ND 58801-1904 |
| 1113942 | + | Sundre Sand & Gravel, Inc., 6220 37th Ave SE, Minot, ND 58701-8004 |
| 1113948 | + | TRIVON LLC, 1265 Donna Lane, Dickinson, ND 58601-8347 |
| 1114442 | + | TSC Services, LLC, 2501 24th Ave. W. Apt. 112, Williston, ND 58801-2533 |
| 1113943 | + | Taison Wright, 5467 Freshwater Lane, Williston, ND 58801-9289 |
| 1113944 | | Taylor D. Olson, Furuseth Olson & Evert, PC, PO Box 417, Williston, ND 58802-0417 |
| 1118469 | + | Taylor D. Olson, 107 Main Street, Williston, ND 58801-6018 |
| 1119168 | | Thomas E. Kalil, Kalil Law Firm, PLLC, PO Box 2355, Williston, ND 58802-2355 |
| 1116369 | | Thomas E. Kalil, PO Box 2355, Williston, ND 58802-2355 |
| 1113945 | + | TopLine Recovery, 1078 Summit Ave. #104, Jersey City, NJ 07307-3438 |
| 1113946 | + | Tractor & Equipment Co., 1835 Harnish Blvd., Billings, MT 59101-6293 |
| 1113947 | + | Trailer & Truck Equipment of Williston, 13356 56th St NW, Williston, ND 58801-8993 |
| 1113949 | + | Troy Vega, 13693 Hawthorn Loop, Williston, ND 58801-9150 |
| 1115412 | + | Troy Vega, 13693 Hawthorn Loop NW, Williston, ND 58801-9150 |
| 1113952 | + | Vocella Inc., Community Shopper, PO Box 389, Williston, ND 58802-0389 |
| 1113955 | | Western Area Builders Assoc., PO Box 1825, Williston, ND 58802-1825 |

District/off: 0868-3                          User: admin                                 Page 4 of 7
Date Rcvd: Jun 30, 2026                       Form ID: 318                          Total Noticed: 210

1113956   + Westwood Funding, 515 E Las Olas Blvd, Suite 1600, Fort Lauderdale, FL 33301-2282
1113957   + Wex, 1 Hancock Street, Portland, ME 04101-4217
1114443   + Whitetail Heating & Cooling, Inc., 5058 133rd Ave. NW, Williston, ND 58801-9255
1113958     Williston Rotary Club, PO Box 330, Williston, ND 58802-0330
1113960     Woodmere Capital, LLC, 16 Empire Blvd, Nanuet, NY 10954
1113961     Woodmere Capital, LLC, 609 Barnard Ave., Woodmere, NY 11598-2709
1119170   + Zachary Haase, 6553 120th Ave NW, po box 727, Ray, ND 58849-0727
1113962   + Zimney Foster, P.C., 3100 S. Columbia Rd. Suite 200, Grand Forks, ND 58201-6062

TOTAL: 173

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: ecftax@nd.gov | Jun 30 2026 18:51:00 | Office of State Tax Commissioner, 600 East Boulevard Avenue, Bismarck, ND 58505-0599 |
| 1119163 | EDI: ATLASACQU | Jun 30 2026 22:54:00 | Atlas Acquisitions LLC, on behalf of Alpine Advance 5, LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 1113810 | ^ MEBN | Jun 30 2026 18:49:33 | Altus Receivables Management, 2121 Airline Dr. Suite 250, Metairie, LA 70001-5987 |
| 1113811 | Email/PDF: bncnotices@becket-lee.com | Jun 30 2026 19:00:42 | American Express, PO Box 360001, Fort Lauderdale, FL 33336-0001 |
| 1117357 | Email/PDF: bncnotices@becket-lee.com | Jun 30 2026 19:00:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 1113813 | + Email/PDF: bncnotices@becket-lee.com | Jun 30 2026 19:00:42 | Amex, Po Box 981540, El Paso, TX 79998-1540 |
| 1113820 | + EDI: BANKAMER2 | Jun 30 2026 22:54:00 | Bank Of America, PO Box 25118, Tampa, FL 33622-5118 |
| 1118451 | EDI: BANKAMER | Jun 30 2026 22:54:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 1113825 | + Email/Text: BNCnotices@bblawpllc.com | Jun 30 2026 18:51:00 | Berkovitch & Bouskila, PLLC, 1545 U.S. 202 Suite 101, Pomona, NY 10970-2951 |
| 1113834 | EDI: CAPITALONE.COM | Jun 30 2026 22:54:00 | Capital One, Attn: Remittance Processing, PO Box 60024, City of Industry, CA 91716-0024 |
| 1115874 | EDI: CAPITALONE.COM | Jun 30 2026 22:54:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 1113870 | EDI: IRS.COM | Jun 30 2026 22:54:00 | Department of Treasury - Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1113854 | Email/Text: sfoss@fibt.com | Jun 30 2026 18:51:00 | First International Bank & Trust, 1600 S. Broadway, Minot, ND 58701 |
| 1113855 | + Email/Text: collecadminbankruptcy@fnni.com | Jun 30 2026 18:51:00 | First National Bank Of Omaha, 1620 Dodge St., Stop Code 3113, Omaha, NE 68102-1593 |
| 1114431 | ^ MEBN | Jun 30 2026 18:49:34 | FedEx, PO Box 10306, Palatine, IL 60055-0001 |
| 1113857 | Email/Text: bankruptcy@gatecity.bank | Jun 30 2026 18:51:00 | Gate City Bank, 500 2nd Ave N, PO Box 2847, Fargo, ND 58108-2847 |
| 1113860 | Email/Text: pamela.patton@hardwareresources.com | Jun 30 2026 18:51:00 | Hardware Resources, 28093 Network Place, Chicago, IL 60673-1280 |
| 1115437 | + Email/Text: pamela.patton@hardwareresources.com | Jun 30 2026 18:51:00 | Hardware Resources Inc, 4319 Marlena Street, Bossier City, LA 71111-7503 |
| 1113867 | + Email/Text: bankruptcynotices@tax.idaho.gov | Jun 30 2026 18:51:00 | Idaho State Tax Commissioner, 11321 W. Chinden Blvd., PO Box 36, Boise, ID 83707-0036 |
| 1113877 | + EDI: JPMORGANCHASE | | |

District/off: 0868-3        User: admin        Page 5 of 7

Date Rcvd: Jun 30, 2026        Form ID: 318        Total Noticed: 210

| Recip ID | | Notice type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 30 2026 22:54:00 | JP Morgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 1113876 | + | EDI: JPMORGANCHASE | | |
| | | | Jun 30 2026 22:54:00 | JP Morgan Chase Bank Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 1117166 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Jun 30 2026 18:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 1119164 | + | Email/Text: cstanley@vogellaw.com | | |
| | | | Jun 30 2026 18:51:00 | Knife River Corporation, c/o Caren W. Stanley, Vogel Law Firm, P.O. Box 1389, Fargo, ND 58107-1389 |
| 1113893 | | Email/Text: bknotices@mbandw.com | | |
| | | | Jun 30 2026 18:51:00 | McCarthy, Burgess & Wolff, Inc., 26000 Cannon Road, Cleveland, OH 44146 |
| 1113904 | | Email/Text: support@morgancohenbach.com | | |
| | | | Jun 30 2026 18:51:00 | Morgan, Cohen & Bach, 7225 N. Mona Lisa Rd. Suite 200, Tucson, AZ 85741 |
| 1113895 | | Email/Text: ar@mccody.com | | |
| | | | Jun 30 2026 18:51:00 | McCody Concrete, PO BOX 4005, Williston, ND 58802-4005 |
| 1113901 | | Email/Text: MDUG.CustomerAccounting@mdu.com | | |
| | | | Jun 30 2026 18:51:00 | Montana Dakota Utilities, PO Box 5600, Bismarck, ND 58506-5600 |
| 1113914 | | Email/Text: ecftax@nd.gov | | |
| | | | Jun 30 2026 18:51:00 | ND Office of State Tax Commissioner, 600 E. Boulevard Avenue, Department 127, Bismarck, ND 58505-0552 |
| 1113921 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | | |
| | | | Jun 30 2026 18:51:00 | Progressive, Dept 0561, Carol Stream, IL 60132-0561 |
| 1113925 | | Email/Text: bankruptcy@jrllawoffice.com | | |
| | | | Jun 30 2026 18:51:00 | Rodenburg Law Firm, Attn Dylan Evans, Esq., PO Box 2427, Fargo, ND 58108-2427 |
| 1114428 | | EDI: USBANKARS.COM | | |
| | | | Jun 30 2026 22:54:00 | Elan Financial Services, PO Box 790408, Saint Louis, MO 63179 |
| 1113950 | | Email/Text: USAND.BankruptcyNC@usdoj.gov | | |
| | | | Jun 30 2026 18:51:00 | United States Attorney, 655 1st Ave N Ste 250, Fargo, ND 58102-4932 |
| 1113953 | | Email/Text: cstanley@vogellaw.com | | |
| | | | Jun 30 2026 18:51:00 | Vogel Law Firm, 218 NP Avenue, PO Box 1389, Fargo, ND 58107-1389 |
| 1117466 | | EDI: AIS.COM | | |
| | | | Jun 30 2026 22:54:00 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 1113951 | | EDI: VERIZONCOMB.COM | | |
| | | | Jun 30 2026 22:54:00 | Verizon Wireless, 500 Technology Dr., Suite 500, Weldon Spring, MO 63304-2225 |
| 1113954 | | EDI: WFCCSBK | | |
| | | | Jun 30 2026 22:54:00 | Wells Fargo Bank, Attention: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 1117742 | | EDI: WFCCSBK | | |
| | | | Jun 30 2026 22:54:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | American State Bank and Trust Company of Williston |
| cr | | Gate City Bank |
| 1113888 | | Lexi Heimdal |
| 1118611 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 1115258 | *+ | B & B Insulation LLP, PO Box 605, Minot, ND 58702-0605 |
| 1117564 | *+ | Integrity Doors, LLC, PO Box 1044, Beach, ND 58621-1044 |
| 1117246 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

District/off: 0868-3                              User: admin                                    Page 6 of 7
Date Rcvd: Jun 30, 2026                          Form ID: 318                                   Total Noticed: 210

| | | |
|---|---|---|
| 1114436 | *+ | LNL Services, LLC, 1752 Road 2058, Culbertson, MT 59218-9310 |
| 1113815 | ##+ | Aqua Plumbing, 1226 Main Street, Williston, ND 58801-4235 |
| 1113880 | ##+ | Kitchen Cabinet Distributors, 2114 Atlantic Avenue, Ste 106, Raleigh, NC 27604-1555 |
| 1114435 | ##+ | Lexi Heimdal, 1616 W. 6th St. Apt. 134, Austin, TX 78703-5007 |
| 1114437 | ##+ | Lorissa Rodriquez, 5475 Freshwater Lane, Williston, ND 58801-9289 |
| 1113959 | ##+ | Windsong Contracting, LLC, PO Box 11244, Williston, ND 58803-0041 |

TOTAL: 3 Undeliverable, 5 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Berly D. Nelson | on behalf of Creditor Gate City Bank bnelson@serklandlaw.com rtande@serklandlaw.com;aneir@serklandlaw.com;lhruby@serklandlaw.com |
| Charles Dendy | on behalf of Creditor Office of State Tax Commissioner cdendy@nd.gov |
| Christianna A. Cathcart | on behalf of Defendant Michael P. Dolbec christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Debtor Michael P. Dolbec christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Collin P. Poolman | on behalf of Plaintiff Northwoods Lumber Company cpoolman@vogellaw.com |
| Collin P. Poolman | on behalf of Creditor Northwoods Lumber Company cpoolman@vogellaw.com |
| GENE W. DOELING | on behalf of Plaintiff Gene W. Doeling gene@kdlawpartners.com heather@kdlawpartners.com,mn20@ecfcbis.com |
| GENE W. DOELING | on behalf of Trustee Gene W Doeling gene@kdlawpartners.com heather@kdlawpartners.com,mn20@ecfcbis.com |
| Gene W Doeling | on behalf of Trustee Gene W Doeling heather@kdlawpartners.com mn20@ecfcbis.com |
| Gene W Doeling | heather@kdlawpartners.com mn20@ecfcbis.com |
| Kesha Tanabe | on behalf of Plaintiff Northwoods Lumber Company ktanabe@vogellaw.com sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Kesha Tanabe | on behalf of Creditor Northwoods Lumber Company ktanabe@vogellaw.com sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Maurice VerStandig | on behalf of Defendant Michael P. Dolbec mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

District/off: 0868-3     User: admin     Page 7 of 7

Date Rcvd: Jun 30, 2026     Form ID: 318     Total Noticed: 210

Maurice VerStandig
on behalf of Debtor Michael P. Dolbec mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Patrick J. Sinner
on behalf of Plaintiff Gene W. Doeling patrick@kdlawpartners.com  jan@kdlawpartners.com

Patrick J. Sinner
on behalf of Trustee Gene W Doeling patrick@kdlawpartners.com  jan@kdlawpartners.com

Ryan G Quarne
on behalf of Plaintiff Beacon Sales Acquisitions  Inc. rgquarne@minotlaw.com

Ryan G Quarne
on behalf of Creditor Beacon Sales Acquisitions  Inc. rgquarne@minotlaw.com

Ryan W. Ames
on behalf of Creditor American State Bank and Trust Company of Williston (ASB) ryan@dakotalawgroup.com
bdipersio@northdakotalaw.net

Sarah Aaberg
on behalf of Defendant O'Keeffe O'Brien Lyson Ltd. sarah@okeeffeattorneys.com
tricia@okeeffeattorneys.com;nicole@okeeffeattorneys.com;amie@okeeffeattorneys.com

Tracy A. Kennedy
on behalf of Creditor American State Bank and Trust Company of Williston (ASB) tracy@dakotalawgroup.com
brendadipersio@northdakotalaw.net

United States Trustee
USTPRegion12.SX.ECF@usdoj.gov

TOTAL: 22

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael P. Dolbec<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6558<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of North Dakota | | |
| Case number:   25–30154 | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael P. Dolbec

6/30/26

**By the court:** <u>Shon Hastings</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318 **Order of Discharge** page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---