**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30154 |
| | ) | Chapter 7 |
| Michael P. Dolbec, | ) | |
| | ) | **REPORT OF SALE** |
| Debtor. | ) | |
| | ) | |

Gene W. Doeling, the bankruptcy trustee in this case, hereby reports the sale of the personal property of the debtor by auction conducted by Bob Helbling/Helbling Auctioneers on www.k-bid.com, as per the notice.

The best price offered for the Arctic Cat 500 with snowblade, estimated model year 2004 was $2,575, which was accepted.  I received a check from Helbling Auctioneers after they collected the funds.  The Trustee incurred $386.25 in fees for this item (see Exhibit A).

This report is made pursuant to Bankruptcy Rule 6004(f)(1).

Dated:  July 7, 2026

/s/ Gene W. Doeling
Bankruptcy Trustee
3429 Interstate Blvd. S
Fargo, ND  58103
(701) 232-8757



State Hwy 11 • Hankinson, ND 58041

Cell: 701-212-2950
Office: 701-428-3184

321 Hwy 46 • Kindred, ND 58051

Fax: 701-428-3186

**EXHIBIT A**

05/26/2026

Gene Doeling
Bankruptcy Trustee
PO Box 9231
Fargo, ND. 58106-9231

| | |
|---|---|
| Arctic Cat 500 ATV w/blade (no title) | $2,575.00 |
| Commission @15% | $386.25 |
| Total | $2,188.75 |

Paid Check #2785

## Thank you for your business!

*Professional Auction Service*

www.helblingauctioneers.com

Email: bob@helblingauctioneers.com